UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Flava Works, Inc.,** )<br>)<br>**Plaintiff,** )<br>)<br>)<br>v. )<br>)<br>**A4A RÉSEAU INC.,** )<br>**A4A NETWORK INC.,** )<br>**MARC PARENT** )<br>)<br>)<br>**Defendants.** ) | Case No.  1:15-cv-610 |

REQUEST FOR THE CLERK OF THE COURT TO REFUND FILING FEE

NOW COMES Plaintiff, Flava Works, Inc., by and through its attorney Shambee Law Office, Ltd., and with its request for a refund of the duplicative filing fee. Plaintiff filed a case on 1/21/2015 and due to computer error, filed the same case twice. The receipt numbers are: 0752-10262961 and 0752-10262971. Receipt No. 0752-10262961 was filed in error and Plaintiff requests that the filing fee of $400 is refunded to the credit card ending in 6427.

Respectfully Submitted,
s/ Juneitha Shambee
Shambee Law Office, Ltd.
P.O. Box 91
Evanston, Illinois 60204-0091
(773) 741-3602
ARDC: 6308145