AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C.  20559** | **REPORT ON THE**<br>**FILING OF DETERMINATION OF AN   ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action appeal has been filed on the following copyright(s):

| **[ X ] ACTION     [ ]APPEAL** | **COURT NAME AND LOCATION**<br>UNITED STATES DISTRICT COURT<br>**Northern District of Illinois**<br>**219 South Dearborn Street, 20th Floor**<br>**Chicago, Illinois 60604** |
|---|---|
| **DOCKET  NO.**<br>1:15-cv-00610          **DATE FILED**<br>                                 01/21/2015 | |

| PLAINTIFF: Flava Works, Inc. | DEFENDANT: A4A Reseau, Inc. et al |
|---|---|

| **COPYRIGHT**<br>**REGISTRATION  NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
|---|---|---|
| PA001668012/ 2009-12-11 | FlavaMen Senior Year | Flava Works Inc. |
| VA0001861558/2010-06-24 | Cocodorm.com 2010. | Flava Works Inc. |
| VA0001861561 / 2010-06-24 | FlavaMen.com 2010 | Flava Works Inc. |
| | | |
| | | |
| | | |
| | | |
| | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | | |
|---|---|---|
| **COPYRIGHT**<br>**REGISTRATION  NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| | | |

In the above-entitled case, a final decision was reached on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court attached.

| **COPY ATTACHED**<br>   [  ] Other     [  ] Judgment | **WRITTEN OPINION ATTACHED**<br>[  ] Yes [  ] No | **DATE RENDERED** |
|---|---|---|

| Thomas G. Bruton, Clerk | **(BY) DEPUTY CLERK**<br><br>    **Esperanza Arnold** | **DATE**<br><br>**1/22/2015** |
|---|---|---|