UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FLAVA WORKS, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 15-cv-00610 |
| ) | |
| v. ) | Judge Der-Yeghiayan |
| ) | |
| A4A RÉSEAU INC., A4A NETWORK INC., ) | Magistrate Judge Mason |
| MARC PARENT ) | |
| ) | |
| Defendants. ) | |
| _____) | |

# DEFENDANTS' MOTION FOR STAY OF PROCEEDINGS AND EXTENSION OF TIME TO COMPLY WITH BRIEFING SCHEDULES UNTIL SUCH TIME AS THE COURT RULES ON DEFENDANT'S MOTION TO TRANSFER

Through the instant motion, Defendants, A4A RÉSEAU INC., A4A NETWORK INC., and MARC PARENT ("Defendants"), by their attorneys, seek an order from this Court staying the litigation pending the Court's ruling on Defendant's Motion to Transfer (the "Motion"), and extending the deadlines on the briefing schedules set by the Federal Rules of Civil Procedures, this district's Local Rules and the pending Order of this Court in the event this lawsuit remains before this Court. By filing the instant motion, Defendants *are not waiving* any of their defenses and expressly reserve all defenses.

1. On or about January 21, 2015, Plaintiff filed their Complaint. [D.E. 1].

2. Defendants were served with a summons and a copy of the Complaint on or about February 2, 2015 and filed the Motion on February 23, 2015.

3. The Motion requests transfer of this action to the Southern District of Florida.

4. The Local Rules and docketed Orders of this Court impose strict deadlines by which pleadings must be filed and served in this action.

1

5.     Based on the fact that the Motion could result in this matter being transferred and requiring no further action in this jurisdiction, Defendants respectfully request that this matter be stayed pending ruling on the Motion and that they be granted a 10 day extension of time to file a response to the Complaint [D.E. 1] and respond to the Orders of this Court if this action remains pending in this district.

WHEREFORE, Defendants respectfully request that this Court grant the instant Motion and enter an Order that provides Defendants with the extension requested in Paragraph 5 above, as well as such further relief that the Court deems appropriate.

## **Memorandum of Law**

The authority for Defendants' Motion to Transfer is also appropriate authority for a stay in these proceedings. Section 1404(a) provides that "for the convenience of the parties and witnesses, in the interest of justice, the district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. §1404(a).

The purpose of Section 1404(a) is to avoid "waste of time, energy and money and to protect litigants, witnesses and the public against unnecessary inconvenience and expense." Van Dusen v. Barrack, 84 S.Ct. 805, 809 (1964). A motion to transfer is within the broad discretion of the district court, and "less of a showing of inconvenience is needed for a § 1404(a) transfer than for a *forum non conveniens* dismissal." Conseco Life Ins. Co. v. Reliance Ins. Co., No. 99 C 5020, 2001 U.S. Dist. LEXIS 21475, at *3 (N.D. Ill. December 14, 2001). Based on the foregoing, the district court has broad discretion in this matter to act in a manner so as to prevent the waste of time, energy and resources of the litigants and the Court.

**Good Faith Certification**

John Bradley, one of the Defendants' attorneys, spoke with Plaintiff's counsel via telephone on January 14th, 2015 and attempted to do so again by telephone and email on February 23, 2015 in a good faith attempt to resolve the issues set forth above. Juneitha Shambee, one of the Plaintiff's attorneys, responded to Mr. Bradley via email and declined to agree to the Motion to Transfer.

**Certificate of Service**

*WE HEREBY CERTIFY* that a true and correct copy of the foregoing was filed via Pacer Electronic Service this 23rd day of February, 2015, to Juneitha Shambee, Esq. (shambeelaw@gmail.com), Shambee Law Office, Ltd., Attorneys for Plaintiff, P.O. Box 91, Evanston, Illinois 60204-0091.

Respectfully submitted,

**Leavens, Strand & Glover, LLC**

_____/s/_____
Peter J. Strand, Esq.
Travis Life, Esq.
203 North LaSalle Street
Suite 2550
Chicago, IL  60601
Email: pstrand@lsglegal.com
Office: 312-488-4170
Direct: 312-488-4172
Fax:  312-488-4177

**Bradley Legal Group, P.A.**
John F. Bradley, Esq.
*Pro Hac Vice*
*Motion Pending*
15 Northeast 13th Avenue
Fort Lauderdale, FL 33301
Tel: (954) 523-6160
Fax: (954) 523-6190
Email: jb@bradlegal.com