**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Flava Works, Inc | ) | |
|    Plaintiff | ) | Case No: 15 C 610 |
| | ) | |
| v. | ) | |
| | ) | Judge: Samuel Der-Yeghiayan |
| A4A Reseau, Inc. | ) | |
|    Defendants | ) | |
| | ) | |

## ORDER

Motion hearing held. Defendants' motion to transfer the instant action to the Southern District of Florida [6] is entered and continued. Plaintiff's response shall be filed by 03/26/15 and Defendants' reply shall be filed by 04/09/15.  For the reasons stated on the record, Defendants' motion to stay [7] is stricken as moot.  John F. Bradley's motion for leave to appear pro hac vice for Defendants [8] is granted.  Plaintiff's motion for leave to file an amended complaint [13] is entered and continued. Defendants' response shall be filed by 04/09/15 and Plaintiff's reply shall be filed by 04/16/15. Status hearing reset to 05/27/15 at 9:00 a.m. Status hearing set for 03/24/15 is stricken.

(T:0:10)

Date: March 12, 2015            /s/ _Samuel Der-Yeghiayan_
                                                      Samuel Der-Yeghiayan
                                                    U.S. District Court Judge