## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Flava Works, Inc.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.  15-cv-00610** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **A4A RÉSEAU INC.,** | ) | |
| **A4A NETWORK INC.,** | ) | |
| **MARC PARENT** | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF PLAINTIFF'S REPLY FOR MOTION FOR LEAVE TO AMEND THE COMPLAINT

PLEASE TAKE NOTICE that on Thursday, April 16, 2015, I have caused to be filed with the Clerk of

this Court the attached **Reply to Plaintiff's Motion for leave to Amend Complaint**, a copy of which is

hereby served upon you.

### CERTIFICATE OF SERVICE

I, Juneitha Shambee, an attorney, state that I served a true and correct copy of the Plaintiff's
Motion for Leave to Amend Complaint upon Defendants through its attorney of record via the Court's
ECF system on March 3, 2015.

Respectfully Submitted,

s/ Juneitha Shambee, Esq.

Attorney No.: 6308145
Shambee Law Office, Ltd.
P.O. Box 91
Evanston, Illinois 60204
(773) 741-3602
shambeelaw@gmail.com