## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Flava Works, Inc. | ) | |
|     Plaintiff | ) | Case No: 15 C 610 |
| | ) | |
| v. | ) | |
| | ) | Judge: Samuel Der-Yeghiayan |
| A4A Reseau, Inc., et al. | ) | |
|     Defendants | ) | |
| | ) | |

### ORDER

For the reasons stated in the Court's memorandum opinion dated 04/28/15, Defendants' motion to transfer [6] is granted. The instant action is hereby ordered transferred to the U.S. District Court for the Southern District of Florida, Miami Division, forthwith. All pending dates before this Court are stricken.

Date: April 28, 2015

/s/ _Samuel Der-Yeghiayan_
Samuel Der-Yeghiayan
U.S. District Court Judge