

**Thomas G. Bruton**
**CLERK**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

April 28, 2015

Florida Southern District Court
Wilkie D. Ferguson, Jr.
United States Courthouse
400 North Miami Avenue, Room 8
Miami, FL 33128

RE: Flava Works, Inc. v. A4A Reseau, Inc. et al
Case No: 1:15-cv-00610

Dear Clerk:

Pursuant to the order entered by Honorable Samuel Der-Yeghiayan on 04/28/2015, the above record

■   was electronically transmitted to: Florida Southern District Court

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Thomas G. Bruton, Clerk

By:   /s/ A.J. Squillante
      Deputy Clerk

Enclosures

New Case No. _____     Date _____

cc:   Non-ECF Attorneys and Pro se Parties