UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FLAVA WORKS, INC.,                                 CASE NO. 1:15-cv-21592-KMM

       Plaintiff,

vs.

A4A RESEAU, INC., A4A NETWORK, INC.,
and MARC PARENT,

       Defendants.
_____/

# NOTICE OF PENDING, REFILED, RELATED, AND/OR SIMILAR ACTIONS

      Pursuant to S.D.Fla. Local Rule 3.8, a notice is hereby given of the existence of other action as described in Section 2.15.00 of the Court's Internal Operating Procedures, namely, Case No. 1:15-cv-20245-MGC styled *A4A Reseau, Inc. and Marc Parent v. Flava Works, Inc. and Phillip Bleicher,* pending in the United States District Court for the Southern District of Florida.

**CERTIFICATE OF SERVICE
OF ELECTRONIC FILING GENERATED BY CM/ECF**

      I HEREBY CERTIFY that on this 4th day of May, 2015, I electronically filed the foregoing document with the Clerk of the Court using its CM/ECF System. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the following Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by this Court's CM/ECF System, or in some other authorized manner for those counsel or parties who are not authorized to electronically receive notice of electronic filing.

        Respectfully Submitted,

        **Bradley Legal Group, P.A.**
        *Counsel for Defendants*
        15 Northeast 13th Avenue
        Fort Lauderdale, FL 33301
        Telephone: (954) 523-6160
        Facsimile: (954) 523-6190

By:  _____/s/_____
        John F. Bradley, Esq.
        Florida Bar No.: 0779910
        Email: jb@bradlegal.com

## SERVICE LIST

Juneitha Shambee, Esq.
shambeelaw@gmail.com
*Attorney for Plaintiff*
Shambee Law Office, Ltd.
P.O. Box 91
Evanston, IL 60204
Tel: (773) 741-3602
**Service via CM/ECF**