UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **Flava Works, Inc.,** ) | |
| ) | |
| Plaintiff,        ) | Case No.  15-cv-21592-KMM |
| ) | |
| v.            ) | |
| ) | |
| **A4A RÉSEAU INC.,** ) | |
| **A4A NETWORK INC.,** ) | |
| **MARC PARENT** ) | |
| ) | |
| **Defendants.** ) | |

### NOTICE OF PLAINTIFF'S MOTION

PLEASE TAKE NOTICE that on Thursday, May 7, 2015, we have caused to be filed with the clerk

of  the U.S. District Court of the Southern District of Florida, **PLAINTIFF'S MOTION FOR STAY OF**

**PROCEEDINGS**, a copy of which is attached hereto, and hereby served upon you.


### CERTIFICATE OF SERVICE

I, Matthew Zukowsky, Esq, an attorney, state that I served a true and correct copy of the Plaintiff's Motion for Stay of Proceedings upon Defendants through its attorney of record via the Court's ECF system on May 8, 2015.

Respectfully Submitted,

s/Matthew Zukowsky

Attorney for Plaintiff

Matthew H. Zukowsky, P.A.

4770 Biscayne Blvd., Ste. 700

Miami, FL 33137

 (561) 445-9471

Attorney No. 0112311