UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FLAVA WORKS, INC.,                                           CASE NO. 1:15-cv-21592-KMM

      Plaintiff,

vs.

A4A RESEAU, INC., A4A NETWORK, INC.,
and MARC PARENT,

      Defendants.
_____/

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO PLAINTIFF'S MOTION FOR STAY OF PROCEEDINGS [DE-37]**

      Defendants, A4A RESEAU, INC., a foreign corporation, A4A NETWORK, INC., a foreign corporation, and MARC PARENT, a foreign individual, by and through their undersigned counsel, and pursuant to Rule 201 of the Federal Rules of Evidence, respectfully request that the Court take judicial notice of the following adjudicative fact and/or public record in opposition to Plaintiff's Motion For Stay of Proceedings [DE-37].

      1.    Plaintiff's Motion For Stay of Proceedings [DE-37] ("Motion For Stay") seeks a stay of all proceedings and deadlines pending in this matter solely based on Plaintiff's Motion to Reconsider and Motion to Set Aside Order To Transfer filed in the Northern District of Illinois ("NDIL") [DE-39-2] ("Motion to Reconsider").

      2.    In its Motion For Stay, Plaintiff avers that the pending Motion to Reconsider may result in the instant action being transferred back to the NDIL.

      3.    However, the NDIL court has already ruled *sua sponte* on Plaintiff's Motion to Reconsider, and entered an Order striking Plaintiff's Motion to Reconsider. ***Exhibit "A"*** hereto.

      4.    Said Order renders Plaintiff's Motion For Stay as *moot*.

5. Defendants hereby respectfully request that the Court take judicial notice of the Order (*Exhibit "A"*), as well as of the fact that it renders Plaintiff's Motion For Stay as *moot*.

6. Judicial notice is a means by which adjudicative facts not seriously open to dispute are established as true without the normal requirement of proof by evidence. *Dippin' Dots, Inc. v. Frosty Bites Distribution, LLC*, 369 F.3d 1197, 1204 (11th Cir. 2004); Fed. R. Evid. 201(a) and (b); *see also* Fed. R. Evid. 201(a). Adjudicative facts are facts that are relevant to a determination of the claims presented in a case. *Id.*

7. One category of adjudicative facts includes facts that can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b)(1). A court also may take judicial notice of public records. *Universal Express, Inc. v. U.S. Securities and Exchange Commission*, 177 Fed. Appx. 52, 53 (11th Cir. 2006).

8. Judicial notice of appropriate adjudicative facts may be taken at any stage in a proceeding. Fed. R. Evid. 201(d). Courts have wide discretion to take judicial notice of facts. *Dippin' Dots, Inc.*, 369 F.3d at 1204; Fed. R. Evid. 201(c).

9. Because the Order (*Exhibit "A"*) is relevant to a determination of a claim presented in this case, and not subject to reasonable dispute, judicial notice should be taken thereof.

**CERTIFICATE OF SERVICE
OF ELECTRONIC FILING GENERATED BY CM/ECF**

I HEREBY CERTIFY that on this 12th day of May, 2015, I electronically filed the foregoing document with the Clerk of the Court using its CM/ECF System. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the following Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by this Court's CM/ECF System, or in some other authorized manner

for those counsel or parties who are not authorized to electronically receive notice of electronic filing.

          Respectfully submitted,

          **BRADLEY LEGAL GROUP, P.A.**
          *Counsel for Defendants*
          15 Northeast 13th Avenue
          Fort Lauderdale, Fl 33301
          Tel: (954) 523-6160
          Fax: (954) 523-6190

By:   /s/ John F. Bradley
       John F. Bradley, Esq.
       Fla. Bar No. 0779910
       jb@bradlegal.com

**SERVICE LIST**
(CASE NO. 1:15-cv-21592-KMM)

Juneitha Shambee, Esq.
shambeelaw@gmail.com
*Attorney for Plaintiff*
Shambee Law Office, Ltd.
P.O. Box 91
Evanston, IL 60204
Tel: (773) 741-3602
**Service via CM/ECF**

Matthew Zukowsky, Esq.
matthew.zukowsky@gmail.com
*Attorney for Plaintiff*
Matthew H. Zukowsky, P.A.
4770 Biscayne Blvd., Ste. 700
Miami, FL 33137
Tel: (561) 445-9471
**Service via CM/ECF**