UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FLAVA WORKS, INC.,                                  CASE NO. 1:15-cv-21592-KMM

       Plaintiff,

vs.

A4A RESEAU, INC., A4A NETWORK, INC.,
and MARC PARENT,

       Defendants.
_____/

### DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR STAY OF PROCEEDINGS [DE-37]

Defendants, A4A RESEAU, INC., a foreign corporation, A4A NETWORK, INC., a foreign corporation, and MARC PARENT, a foreign individual, by and through their undersigned counsel, and pursuant to Federal Rules of Civil Procedure, respond to Plaintiff's Motion For Stay of Proceedings [DE-37], and in an opposition thereto state as follows:

1. Plaintiff's Motion For Stay of Proceedings [DE-37] ("Motion For Stay") seeks a stay of all proceedings and deadlines pending in this matter solely based on Plaintiff's Motion to Reconsider and Motion to Set Aside Order To Transfer filed in the Northern District of Illinois ("NDIL") [DE-39-2] ("Motion to Reconsider").

2. In its Motion For Stay, Plaintiff avers that the pending Motion to Reconsider may result in the instant action being transferred back to the NDIL.

3. However, on or about May 12, 2015, the NDIL court has already ruled *sua sponte* on Plaintiff's Motion to Reconsider, and entered an Order striking same as improper since the action is no longer in the NDIL.

4.	On or about May 12, 2015, Defendants filed their Request for Judicial Notice in Opposition to Plaintiff's Motion for Stay of Proceedings [DE-40], which included said Order [DE-40-1], and sought this Court's judicial notice thereof. Defendants' Request for Judicial Notice and said Order are hereby incorporated by reference to this response.

5.	Said Order renders Plaintiff's Motion For Stay as *moot*.

6.	Therefore, Plaintiff's Motion For Stay should be denied as *moot*.

WHEREFORE, Defendants pray the Court deny Plaintiff's Motion For Stay of Proceedings [DE-37], and grant Defendants any further relief the Court deems appropriate.

## CERTIFICATE OF SERVICE
## OF ELECTRONIC FILING GENERATED BY CM/ECF

I HEREBY CERTIFY that on this 26th day of May, 2015, I electronically filed the foregoing document with the Clerk of the Court using its CM/ECF System. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the following Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by this Court's CM/ECF System, or in some other authorized manner for those counsel or parties who are not authorized to electronically receive notice of electronic filing.

Respectfully submitted,

**BRADLEY LEGAL GROUP, P.A.**
*Counsel for Defendants*
15 Northeast 13th Avenue
Fort Lauderdale, Fl 33301
Tel: (954) 523-6160
Fax: (954) 523-6190

By:	/s/ John F. Bradley
	John F. Bradley, Esq.
	Fla. Bar No. 0779910
	jb@bradlegal.com

**SERVICE LIST**
(CASE NO. 1:15-cv-21592-KMM)

Juneitha Shambee, Esq.
shambeelaw@gmail.com
*Attorney for Plaintiff*
Shambee Law Office, Ltd.
P.O. Box 91
Evanston, IL 60204
Tel: (773) 741-3602
**Service via CM/ECF**

Matthew Zukowsky, Esq.
matthew.zukowsky@gmail.com
*Attorney for Plaintiff*
Matthew H. Zukowsky, P.A.
4770 Biscayne Blvd., Ste. 700
Miami, FL 33137
Tel: (561) 445-9471
**Service via CM/ECF**