UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FLAVA WORKS, INC.,                )
                                  )
        Plaintiff,                )
                                  )
 vs.                              )     CASE NO.:  1:15-cv-21592-KMM
                                  )
A4A RESEAU, INC.                  )
A4A NETWORK, INC.                 )
MARC PARENT                       )
                                  )
        Defendants.               )

NOTICE OF RESPONSE

TO:   John Bradley
      15 Northeast 13th Ave
      Fort Lauderdale, FL 33301

   YOU ARE HEREBY NOTIFIED that on June 5, 2015, I have caused to be filed with the Clerk of the District Court the attached **RESPONSE TO DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING PAYMENT OF ATTORNEYS' FEES AND COSTS**.

/s/ Matthew H. Zukowsky_
Matthew H. Zukowsky, P.A.

CERTIFICATE OF SERVICE

I, Matthew Zukowsky, Esq., an attorney, state that I served a true and correct copy of the Motion upon Defendants through its attorney of record via the Court's ECF system on June 5, 2015.

/s/ Matthew H. Zukowsky
Attorney

Matthew H. Zukowsky, P.A.
4770 Biscayne Blvd., Ste. 700
Miami, FL 33137
 (561) 445-9471
Attorney No. 0112311