UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-21592-KMM

FLAVA WORKS, INC.,

    Plaintiff,

v.

A4A RÉSEAU INC., A4A NETWORK INC.,
MARC PARENT,

    Defendants.
_____/

## ORDER OF TRANSFER

GOOD CAUSE appearing that a transfer of this action is appropriate pursuant to S.D. L. R. 3.8 due to related Case No. 1:15-cv-20245-MGC, and subject to the consent of the Honorable Marcia G. Cooke, United States District Judge, it is:

ADJUDGED that the above-captioned action is transferred to the calendar of the Honorable Marcia G. Cooke for all further proceedings.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of June, 2015.

K. Michael Moore
2015.06.23 11:59:48 -04'00'

K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

After reviewing the court file in the above-captioned action, the undersigned hereby accepts the transfer of said case. Therefore, it is:

ADJUDGED that all pleadings hereinafter filed shall bear Case No. 1:15-cv-20245-MGC, thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

THE FOREGOING transfer is accepted this 24th day of June, 2015.

MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE

cc:    Clerk of Court, All Counsel of Record