UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**A4A RESUAU, INC.,**
**A4A NETWORK INC., and**
**MARC PARENT**          CASE NO. 1:15-cv-20245-MGC/ 1:15-cv-21592-MGC

**Plaintiffs,**

**v.**

**FLAVA WORKS, INC., and**
**PHILLIP BLEICHER**

**Defendants.**
_____/

## NOTICE OF NON-PAYMENT OF JUDGMENT BY FLAVA WORKS, INC.

Pursuant to the order of This Court, Flava Works, by and through Undersigned Counsel hereby files notice that Flava Works has not paid the outstanding judgment against Flava Works in case # 1:14-cv-23208-Lenard, as detailed in docket entry 46 of said case. Notice is filed in compliance with the order of This Court. Cause was shown to continue action 1:15-cv-21592, nonetheless, in an early filing today Docket Entry 67.

As Counsel for Phillip Bleicher, Undersigned Counsel, notes that Mr. Bleicher was never a party to this judgment and therefore, if cause is not found sufficient to allow Flava Works claims to proceed, Mr. Bliecher's rights should be unaffected as explained in Docket Entry 67.

Respectfully Submitted,

/s/Joshua H. Sheskin, Esq.
Joshua H. Sheskin, Esq.

Bar # 93028  
JHS@SheskinLaw.com  
Service@SheskinLaw.com  
The Sheskin Firm  
9424 SW 52nd Street  
Cooper City, FL 33328  
786-529-0420  
Fax: 786-332-5349  
Attorney for the Defendants/Counter Plaintiffs  


s/ Juneitha Shambee, Esq.  
Shambee Law Office, Ltd.  
IL. Bar #6308145  
shambeelaw@gmail.com  
Shambee Law Office, Ltd.  
P.O. Box 91  
Evanston, Illinois 60204  
(773) 741-3602  
Fax (773) 945-6365  
Attorney for Defendants  

**Certificate of Service**

**I hereby certify** that a true and correct copy of the foregoing was served by CM/ECF on 08/24/2015 on all counsel or parties of record on the Service List below.

/s/Joshua H. Sheskin, Esq.  
Joshua H. Sheskin, Esq.  
Bar # 93028  
JHS@SheskinLaw.com  
Service@SheskinLaw.com  
The Sheskin Firm  
9424 SW 52nd Street  
Cooper City, FL 33328  
786-529-0420  
Fax: 786-332-5349  
Attorney for the Defendants/Cross-Plaintiffs  

2

## SERVICE LIST

John F. Bradley, Esq.
Bar Number 0779919
Bradley Legal Group
15 Northeast 13th Ave.
Fort Lauderdale FL 33301
Jb@bradlegal.com
Tel: 954- 523-6160
Fax: 954-523-6190
**SERVICE VIA CM/ECF**