**EXHIBIT "B"**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-23208-CIV-LENARD/GOODMAN

FLAVA WORKS, INC.,

      Plaintiff,

vs.

A4A RESEAU, INC.
A4A NETWORK, INC.
MARC PARENT,

      Defendants.

_____/

## MOTION FOR PROCEEDINGS SUPPLEMENTARY
## AND INCORPORATED MEMORANDUM OF LAW

Defendants/Judgment Creditors, A4A RESEAU, INC., a foreign corporation, A4A NETWORK, INC., a foreign corporation, and MARC PARENT, a foreign individual (collectively, the "Judgment Creditors"), by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. 69(a) and § 56.29, Fla. Stat., hereby file this Motion for Proceedings Supplementary and Incorporated Memorandum of Law, and in support thereof, state:

### I. INTRODUCTION

1.      Judgment Creditors currently hold a judgment against Plaintiff/Judgment Debtor FLAVA WORKS, INC. (the "Judgment Debtor") in the amount of $28,060.57 [DE-46]. Through this Motion, Judgment Creditors seek an Order granting Proceedings Supplementary against the Judgment Debtor in order to (1) seize certain property, namely, copyright registrations and/or unregistered copyrights and the inventory and goodwill associated therewith in the name of Judgment Debtor, and/or certain top level internet domain registrations owned by the Judgment Debtor, (2) pierce the corporate veil and reach corporate assets in the hands of the Judgment

1

Debtor's individual stockholder(s), (3) set aside fraudulent transfers of Judgment Debtor's property to third persons, (4) reach the Judgment Debtor's assets in the hands of a successor corporation(s) or transferees under the theory of successor liability, and (5) afford the Judgment Creditors other complete relief possible in satisfying the judgment as this Court deems just and proper under the circumstances.

## II. PROCEDURAL AND FACTUAL BACKGROUND

2.      On April 7th, 2015, Judgment Creditors obtained an Order Granting Defendants' Motion to Determine Reasonable Attorneys' Fees Awarded to Defendants against the Judgment Debtor in the amount of $28,060.57 awarded [DE-46].

3.      A Judgment Lien Certificate was filed and issued by the Florida Secretary of State on June 9, 2015, against the Judgment Debtor in favor of the Judgment Creditors. A copy of the Judgment Lien Certificate is attached hereto as *Exhibit "A."*

4.      On July 17, 2015, the judgment was recorded with the Miami-Dade Clerk of Court. A copy of the recorded judgment is attached hereto as *Exhibit "B."*

5.      Judgment Debtor is a voluntarily dissolved Florida corporation, which filed its Articles of Dissolution with the Florida Secretary of State on or about April 22, 2015. A copy of the Articles of Dissolution is attached hereto as *Exhibit "C."*

6.      Furthermore, in a related action pending in this District, Judgment Debtor's principal stated that its full operation was removed from Florida in April 2015. A copy of Affidavit of Phillip Bleicher is attached hereto as *Exhibit "D."*

7.      Immediately prior to the voluntary dissolution of the Judgment Debtor entity, on April 16, 2015, Judgment Debtor's principal, Phillip Bleicher, formed a successor corporation in

2

the State of Illinois named Flava Works, Inc. A copy of a printout from the Illinois Secretary of State is attached hereto as **Exhibit "E.**

8.  In an e-mailed dated July 23, 2015, to the Judgment Creditors, Phillip Bleicher stated that Judgment Creditors **"will not get any attorney's fees (even if awarded), because we have no money. Yep, we are broke, we owe the IRS and we have a settlement with them, after that, there is no money left. Any judgement you get for fees, you will not collect because we have no money."** A copy of the email is attached hereto as **Exhibit "F."**

9.  Judgment Creditors understand that viable assets of the Judgment Debtor include certain intellectual property, namely, copyright registrations and/or unregistered copyrights and the inventory and goodwill associated therewith, including, without limitation:

(a)  U.S. Copyright Registration No. PA0001668012 for a motion picture titled "FlavaMen Senior Year;"

(b)  U.S. Copyright Registration No. VA0001861558 for visual material titled "Cocodorm.com 2010;"

(c)  U.S. Copyright Registration No. VA0001861561 for visual material titled "FlavaMen.com 2010" and;

(d)  Possibly other copyright registrations or unregistered copyrights, as determined upon Judgment Debtor's answers to Judgment Debtors' First Request for Production in Aid of Execution dated June 19, 2015.

10.  Judgment Creditors also understand that viable assets of the Judgment Debtor as of July 21, 2015 include top level internet domain registrations, including, but not limited to, the following: www.flavamen.com, www.flavaworks.com, www.cocoboyz.com, www.rawrods.com,

3

and www.cocodorm.com. *See* ***Exhibit "G,"*** Network Solutions' "Whois" printouts of July 21, 2015.

11.     Pursuant to § 56.29, Fla. Stat., the Judgment Creditors are entitled to Proceedings Supplementary in order to be able to (1) seize certain property, namely, copyright registrations and/or unregistered copyrights and the inventory and goodwill associated therewith in the name of Judgment Debtor, and/or certain top level internet domain registrations owned by the Judgment Debtor, (2) pierce the corporate veil and reach corporate assets in the hands of the Judgment Debtor's individual stockholder(s), (3) set aside fraudulent transfers of Judgment Debtor's property to third persons, (4) reach the Judgment Debtor's assets in the hands of a successor corporation(s) or transferees under the theory of successor liability, and (5) afford the Judgment Creditors other complete relief possible in satisfying the judgment as this Court deems just and proper under the circumstances.

12.     Pursuant to § 56.29(1), Fla. Stat., an Affidavit stating that the Judgment Creditors hold an unsatisfied judgment, that the execution is valid and outstanding, and that the Judgment Creditors are entitled to Proceedings Supplementary has been properly filed and is attached hereto as ***Exhibit "H."***

13.     As a result of the foregoing, the Judgment Creditors are entitled to Proceedings Supplementary as a matter of law, including the recovery of costs and attorneys' fees pursuant to § 56.29(11), Fla. Stat.

### III. INCORPORATED MEMORANDUM OF LAW

### A. Proceedings Supplementary

Proceedings Supplementary is a post-judgment remedy by which a creditor may summarily discover and subject property belonging to a debtor to the satisfaction of his

4

judgment. Proceedings Supplementary not only enables the judgment creditor to discover the assets subject to his judgment, but also allows the judgment creditor to subject these assets to his judgment by use of summary proceedings. *See, generally*, *Proceedings Supplementary*, in Vol. 1, JUDGMENT ENFORCEMENT IN FLORIDA, 3 (Lorman Education Services, 2007). The proceedings are governed by Section 56.29, Fla. Stat.

Proceedings Supplementary are entirely statutory in nature. Yet, courts generally interpret the statute broadly and liberally to afford a judgment creditor the most complete relief possible in satisfying his judgment. *See Bleidt v. Lobato*, 664 So.2d 1074 (Fla. 5th DCA 1995); *Neff v. Adler*, 416 So.2d 1240 (Fla. 4th DCA 1982); *Puzzo v. Ray,* 386 So.2d 49, 50 (Fla. 4th DCA 1980). For instance, § 56.29(9), Fla. Stat., allows the Court to enter any order required to carry out the purpose of the statute to subject property, or property rights of any defendant to execution.

Proceedings Supplementary is an effective tool for discovering a debtor's property once it is determined that the debtor currently does not have assets in his possession to satisfy a creditor's judgment. For example, once a judgment debtor's assets are discovered, Proceedings Supplementary may be used to set aside fraudulent transfers of the debtor's property to third persons. A court may use Proceedings Supplementary to pierce the corporate veil and reach corporate assets in the hands of individual stockholders. *See Allied Indus. Int'l., Inc. v. AGFA-Gevaert, Inc.*, 688 F.Supp. 1516 (S.D. Fla. 1988), *aff'd.*, 900 F.2d 264 (11th Cir. 1990). A court may also reach a debtor's assets in the hands of a successor corporation under the theory of successor liability, *i.e.*, mere continuation, de factor merger, alter ego or fraudulent transfer.[1] *See*

---

[1] Proceedings Supplementary may also be used to secure, seize and sell corporate stock that is owned by the judgment debtor. *See J.N. Laliotios Eng'g. Constr., Inc. v. Mastor*, 600 So.2d 1271 (Fla. 2d DCA 1992). It may also be used to enter injunctive relief to enjoin a transfer of assets

5

*Amjad Munim, M.D., P.A. v. Azar*, 648 So.2d 145 (Fla. 4th DCA 1995). Most importantly, Proceedings Supplementary is used to reach equitable assets that are not subject to levy under a writ of execution, such as promissory notes, accounts receivable, choses in action, and, for purposes of this motion, property such as copyright registrations, unregistered copyrights, and/or top level internet domain names. *Continental Cigar Copr. V. Edelman & Co.* 397 So.2d. 957 (Fla. 3d DCA 1981).

In order to initiate proceedings supplementary, a judgment creditor need only allege by affidavit that (s)he holds an unsatisfied judgment, the execution remains valid and outstanding, and that the judgment creditor is entitled to these proceedings supplementary to execution. §56.29(1), Fla. Stat. While simple to employ, the implications of proceedings supplementary are far reaching. Indeed, a judge may order any property of a judgment debtor, not exempt from execution, in the hands of any person or due to the judgment debtor to be applied toward the satisfaction of the judgment debt. § 56.29(5), Fla. Stat. A Court may, in its discretion, enter any order required to carry out the purpose of proceedings supplementary to subject property or property rights of any defendant to execution. § 56.29(9), Fla. Stat.

### B. Judgment Creditors are Entitled to Proceeding Supplementary

The Judgment Creditors are entitled to these proceedings supplementary as a matter of law for an order to (1) seize certain property, namely, copyright registrations and/or unregistered copyrights and the inventory and goodwill associated therewith in the name of Judgment Debtor, and/or certain top level internet domain registrations owned by the Judgment Debtor, (2) pierce the corporate veil and reach corporate assets in the hands of the Judgment Debtor's individual

---

that would amount to fraud upon the judgment creditor, *see Tabet v. Tabet*, 644 So.2d 557 (Fla. 3d DCA 1994), and to have a receiver appointed to take possession of the debtor's property. *See Warshall v. Price*, 617 So.2d 751.

stockholder(s), (3) set aside fraudulent transfers of Judgment Debtor's property to third persons, (4) reach the Judgment Debtor's assets in the hands of a successor corporation(s) or transferees under the theory of successor liability, and (5) afford the Judgment Creditors other complete relief possible in satisfying the judgment as this Court deems just and proper under the circumstances.. The Judgment Creditors have filed the appropriate Affidavit with this Court stating that the execution remains valid and outstanding, and that the Judgment Creditors are entitled to these proceedings supplementary to execution. *See Exhibit "H."* Nothing else is required in order to obtain an order for proceedings supplementary. *See Regent Bank v. Woodcox*, 636 So.2d 885, 886 (Fla 4th DCA 1994); *Rosenfeld v. T.P.I. Int'l Airways*, 630 So.2d 1167, 1168 (Fla. 4th DCA 1993); *Continental Cigar Corp.*, 397 So.2d at 958.

### C. Proceedings Supplementary May be Used to Seize Judgment Debtor's Intellectual Property.

As set forth above, proceedings supplementary may be used to seize property such as copyright registrations, unregistered copyrights, and/or top level internet domain names. Here, Judgment Creditors seek to use these proceedings supplementary to seize the Judgment Debtor's copyright registrations and/or unregistered copyrights and the inventory and goodwill associated therewith, and/or top level internet domain names in the name of the Judgment Debtor, to satisfy the Order against the Judgment Debtor. In *Continental Cigar Corp.*, the Florida Third District Court of Appeal affirmed a trial court's order granting summary judgment in proceedings which held that certain intellectual property (trademark) rights held in a third party's name were in reality an asset of the judgment debtor. As a result, the trial court entered an order requiring the third party to quit claim the trademarks to the judgment debtor, and reserved jurisdiction to appoint a receiver over the judgment debtor. *Continental Cigar Corp.,* 397 So.2d at 957. The

7

Court also entered an injunction enjoining the third party from further use of the trademark. The Third District Court of Appeal affirmed the trial court's actions in all respects. *Id.*

Should the property sought currently be in the name of a person or entity other than the Judgment Debtor, the Judgment Creditors may need to implead a third party into the proceedings. Proceedings supplementary is still necessary because Judgment Creditors will ultimately require an order from this Court directing the U.S. Marshall or other authority to seize the Judgment Debtor's copyright registrations and/or unregistered copyrights and the inventory and goodwill associated therewith, and the Judgment Debtor's top level internet domain names from the Judgment Debtor itself or an impleaded third party. Judgment Creditors may also require a receiver and an injunction enjoining the Judgment Debtor from further use of the copyrights or the top level internet domain names in question, but such requests are premature at this time.

WHEREFORE, Judgment Creditors respectfully request that this Court enter an Order granting the following relief:

(a) granting proceedings supplementary pursuant to Fla. Stat. § 56.29 in order to enable Judgment Creditors to (1) seize certain property, namely, copyright registrations and/or unregistered copyrights and the inventory and goodwill associated therewith in the name of Judgment Debtor, and/or certain top level internet domain registrations owned by the Judgment Debtor, (2) pierce the corporate veil and reach corporate assets in the hands of the Judgment Debtor's individual stockholder(s), (3) set aside fraudulent transfers of Judgment Debtor's property to third persons, (4) reach the Judgment Debtor's assets in the hands of a successor corporation(s) or transferees under the theory of successor liability, and (5) afford the Judgment Creditors other

8

complete relief possible in satisfying the judgment as this Court deems just and proper under the circumstances.

(b) directing the Judgment Debtor to appear before this Court or a designated Magistrate to be examined in Miami-Dade County at a time and date specified by this Court concerning its assets;

(c) granting Judgment Creditors their costs for these Proceedings Supplementary, as well as other reasonable and just incidental costs, as well as reasonable attorneys' fees against the Judgment Debtor pursuant to § 56.29(11).

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1, I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues, and Plaintiff's counsel has <u>not</u> agreed to the relief sought herein.

Dated: July 24, 2015.                              Respectfully submitted,

**BRADLEY LEGAL GROUP, P.A.**
*Counsel for Defendants/Judgment Debtors*
15 Northeast 13th Avenue
Fort Lauderdale, Fl 33301
Tel: (954) 523-6160
Fax: (954) 523-6190


By:    /s/ John F. Bradley
John F. Bradley, Esq.
Fla. Bar No. 0779910
jb@bradlegal.com

9

## CERTIFICATE OF SERVICE
## OF ELECTRONIC FILING GENERATED BY CM/ECF

I HEREBY CERTIFY that on this 24th day of July, 2015, I electronically filed the foregoing document with the Clerk of the Court using its CM/ECF System. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the following Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by this Court's CM/ECF System, or in some other authorized manner for those counsel or parties who are not authorized to electronically receive notice of electronic filing.

By: /s/ John F. Bradley
John F. Bradley, Esq.
Fla. Bar No. 0779910
jb@bradlegal.com

## SERVICE LIST

Matthew Zukowsky, Esq.
matthew.zukowsky@gmail.com
*Attorney for Plaintiff*
Matthew H. Zukowsky, P.A.
4770 Biscayne Blvd., Ste. 700
Miami, FL 33137
Tel: (561) 445-9471
**Service via CM/ECF**

Ursula Christie Jackson, Esq.
Ujacksonlaw@aol.com
*Attorney for Plaintiff*
The Law Office of Ursula C. Jackson, PLLC
2525 Ponce De Leon Boulevard
Coral Gables, FL 33134
Tel: (855) 218-8456
**Service via CM/ECF**

Joshua H. Sheskin, Esq.
JHS@SheskinLaw.com
Service@SheskinLaw.com
*Attorney for Plaintiff*
The Sheskin Firm
9424 SW 52nd Street
Cooper City, FL 33328
Tel: 786-529-0420
Fax: 786-332-5349
**Service via CM/ECF**

*Bradley Legal Group, P.A.*, 15 Northeast 13th Avenue, Fort Lauderdale, FL 33301 (954) 523-6160

# EXHIBIT "A"

# ELECTRONIC JUDGMENT LIEN CERTIFICATE

FOR PURPOSES OF FILING A JUDGMENT LIEN, THE FOLLOWING INFORMATION IS SUBMITTED IN ACCORDANCE WITH s. 55.203, F.S..

**JUDGMENT DEBTOR (DEFENDANT) NAME(S) AS SHOWN ON JUDGMENT LIEN:**

FLAVA WORKS INC.
3526 S. PRAIRIE AVENUE
CHICAGO, IL. 60653
FEI#: 20-1837529      DOS DOCUMENT#: P06000070263

**J15000646881**
**FILED**
**Jun 09, 2015 04:26 P.M.**
**Secretary of State**
MHCAIN

**JUDGMENT CREDITOR (PLAINTIFF) NAME AS SHOWN ON JUDGMENT LIEN OR CURRENT OWNER OF JUDGMENT IF ASSIGNED:**

A4A RESEAU, INC. AND MARC PARENT
BRADLEY LEGAL GROUP, P.A.
15 NE 13TH AVENUE
FORT LAUDERDALE, FL 33301
DOS DOCUMENT#: N/A

**NAME AND ADDRESS TO WHOM ACKNOWLEDGMENT/CERTIFICATION IS TO BE MAILED:**

JOHN F. BRADLEY, ESQ.
JOANNA@BRADLEGAL.COM

---

AMOUNT DUE ON MONEY JUDGMENT: $28,060.57
APPLICABLE INTEREST RATE: 4.75%
NAME OF COURT: US DISTRICT CT. SO. DIST. FLA.
CASE NUMBER: 14-23208-CIV-LENARD/GOODMAN
DATE OF ENTRY: 04/07/15
WAS A WRIT OF EXECUTION DOCKETED ON THIS JUDGMENT LIEN WITH ANY SHERIFF PRIOR TO OCTOBER 1, 2001?
    ( ) YES  (IF YES, A "CREDITOR AFFIDAVIT CERTIFICATION" FORM MUST BE ATTACHED TO THIS CERTIFICATE.)
    (X) NO

---

**UNDER PENALTY OF PERJURY, I hereby certify that: (1) The judgment above described has become final and there is no stay of the judgment or its enforcement in effect; (2) All of the information set forth above is true, correct, current and complete; (3) I have not previously filed a Judgment Lien Certificate regarding the above judgment with the Department of State; and, (4) I have complied with all applicable laws in submitting this Electronic Judgment Lien Certificate for filing.**

Electronic Signature of Creditor or Authorized Representative: /JOHN F. BRADLEY/

# EXHIBIT "B"

# DOCUMENT COVER PAGE

CFN 2015R0460603
OR BK 29700 Pgs 4426-4435 (10Pgs)
RECORDED 07/17/2015 09:38:04
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

For those documents not providing the **required** 3 x 3 inch space on the first page, this cover page must be attached.

It must describe the document in sufficient detail to prohibit its transference to another document.

An additional recording fee for this page must be remitted.

(Space above this line reserved for recording office use)

**Document Title:** Order Granting Defendants' Motion to Determine Attorney's Fees
(Mortgage, Deed, Construction Lien, Etc.)

**Executing Party:** Defendants A4A Network, Inc., A4A Reseau, Inc., and Marc Parent

**Legal Description:**
(If Applicable)

As more fully described in above described document.

**Return Document To / Prepared By:**

John F. Bradley, Esq., Bradley Legal Group, P.A.

15 NE 13th Avenue

Fort Lauderdale, Florida 33301

---

**(Relevant excerpts)**

**Rule 2.520** (d) On all ... documents prepared ...... which are to be recorded in the public records of any county... a 3-inch by 3-inch space at the top right-hand corner on the first page and a 1-inch by 3-inch space at the top right-hand corner on each subsequent page shall be left blank and reserved for use by the clerk of court.

F.S. **695.26 Requirements for recording instruments affecting real property—**

(1) No instrument by which the title to real property or any interest therein is conveyed, assigned, encumbered, or otherwise disposed of shall be recorded by the clerk of the circuit court unless:

(e) **A 3-inch by 3-inch space at the top right-hand corner on the first page and a 1-inch by 3-inch space at the top right-hand corner on each subsequent page** are reserved for use by the clerk of the court...

---

10

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-23208-CIV-LENARD/GOODMAN

**FLAVA WORKS, INC.,**

      Plaintiff,

**v.**

**A4A RESEAU, INC.,**
**A4A NETWORK, INC.,**
**and MARC PARENT,**

      Defendants.

_____/

### ORDER GRANTING DEFENDANTS' MOTION TO DETERMINE REASONABLENESS OF ATTORNEY'S FEES AWARDED TO DEFENDANTS (D.E. 39)

**THIS CAUSE** is before the Court on Defendants' Motion to Determine Reasonableness of Attorney's Fees Awarded to Defendants, ("Motion," D.E. 39), filed March 16, 2015.  On January 21, 2015, the Court entered an Order Dismissing this Case Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) upon Plaintiff's Notice of Voluntary Dismissal.  ("Dismissal Order," D.E. 23.)  The same day, Plaintiff re-filed its Action against Defendants in the Northern District of Illinois in case number 15-cv-00610.  Thus, on February 4, 2015, Defendants filed a Motion in which they requested, inter alia, attorneys' fees pursuant to Rule 41(d), which states: "If a plaintiff who previously dismissed an action in any court files an action based on or including the same claim against the same defendant, the court . . . may order the plaintiff to pay all or part of the costs of that previous action[.]"  The Court granted Defendants' request for

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida

By _____ Deputy Clerk

Date 7-15-2015

attorneys' fees and required it to submit affidavits and documentation supporting its attorneys' fees request. (D.E. 28.)

On March 16, 2015, Defendants filed the instant Motion to which they attached four affidavits. (D.E. 39.) On March 31, 2015, Plaintiff filed a document titled "Plaintiff's Motion for Leave to File Plaintiff's Motion in Response to Defendants' Motion to Determine Reasonableness of Attorneys' Fees Awarded Defendants." ("Response," D.E. 42). However, the Court entered an Order Striking Plaintiff's Response without prejudice for failure to comply with the Court's January 16, 2015, Order Regarding Formatting of Filings, (D.E. 21). (See Order Striking, D.E. 43.) Plaintiff has failed to timely file an adequate Response.

Defendants seek a total of $43,566.75 in attorneys' and paralegal's fees. (Motion at 6.) The affidavits reflect that Canadian general corporate counsel for Defendant A4A Ruseau, Inc., Diane Bellavance, billed 20.4 hours at a rate of $273.37 ($350 Canadian at an exchange rate of 0.7811) per hour, for a total of $5,576.75. (Aff. of Diane Bellavance, D.E. 39-1 ¶¶ 2, 6, 8.) Defendants' United States corporate counsel, Michael Fattorosi, billed 6.4 hours at $250.00 and 9.1 hours at $275.00 per hour, for a total of $4,102.50.[1] (Aff. of Michael Fattorosi, D.E. 39-2 ¶¶ 2, 6, 8.) Defendants' lead trial counsel, John F. Bradley, billed 68.2 hours at $375.00 per hour, for a total of $25,575.00. (Aff. of John F. Bradley, D.E. 39-3 ¶¶ 2, 6.) Mr. Bradley further stated that attorney Daniel S. Polley of the Bradley Legal Group, P.A., has billed 10.5 hours at $325.00 per hour for a total of

---

[1] Mr. Fattorosi's billing rate increased from $250.00 per hour to $275.00 per hour on January 1, 2015. (Id. ¶ 6.)

$3,412.50, and paralegal Joanna Lubczanska has billed 39.2 hours at $125.00 per hour, for a total of $4,900.00. (Id. ¶ 7.) Each of the attorneys also attested to the reasonableness of the hourly rates and hours billed by the other attorneys.

Attached to the affidavits, Defendants provided professional biographies/curricula vitae for attorneys Bellavance, Fattorosi, and Bradley, as well as invoices detailing the work performed. (See D.E. 39-1 through 39-3.) Jason S. Weiss—an independent attorney who is not otherwise involved in this litigation—filed an affidavit stating that he has reviewed the pleadings and determined that, pursuant to the "lodestar" analysis adopted by the Eleventh Circuit,[2] (1) the hourly rates of Defendants' counsel and paralegals, as stated in the affidavits, "are reasonable if not low," and (2) "the time spent by Defendants' counsel as set forth in the Motion and attached Affidavits and Exhibits is reasonable in connection with the matter. . . ." (Aff. of Jason S. Weiss (D.E. 39-4) ¶¶ 3, 5-6.) Upon review of the Motion, affidavits, invoices, and the record, the Court finds as follows.

*1.    Reasonable hourly rate*

Under the Eleventh Circuit's opinion, in Norman v. Housing Authority of Montgomery, the Court begins by determining whether counsel are billing at a reasonable hourly rate. 836 F.2d 1292, 1299 (11th Cir. 1988). "A reasonable hourly rate is the prevailing market rate in the relevant legal community for similar services by lawyers of reasonably comparable skills, experience, and reputation." Id. (citing Blum v. Stenson,

---

[2]    See Norman v. Hous. Auth. of Montgomery, 836 F.2d 1292, 1299 (11th Cir. 1988).

3

465 U.S. 886, 895-96 (1984). "The applicant bears the burden of producing satisfactory evidence that the requested rate is in line with prevailing market rates." Id. (citing NAACP v. City of Evergreen, 812 F.2d 1332, 1338 (11th Cir. 1987). "Satisfactory evidence at a minimum is more than the affidavit of the attorney performing the work." Id. (citing Blum, 465 U.S. at 896 n.11). It is not uncommon for a party to file the affidavit of an independent attorney attesting to the reasonableness of the fees requested. See, e.g., Loranger v. Stierheim, 10 F.3d 776, 781 (11th Cir. 1994). "A court, however, 'is itself an expert on the question and may consider its own knowledge and experience concerning reasonable and proper fees and may form an independent judgment either with or without the aid of witnesses as to value.'" Id. (quoting Norman, 836 F.2d at 1303).

Here, Ms. Bellavance charged $350 per hour Canadian, which is equal to $273.37 U.S., applying an exchange rate of 0.7811. (Aff. of Diane Bellavance ¶ 6.) She has almost twenty-seven (27) years' experience in intellectual property law, which is the primary focus of her practice. (Id.)

Mr. Fattorosi charged $250 per hour until January 1, 2015, and $275 per hour thereafter. (Aff. of Michael Fattorosi ¶ 6.) He has almost seventeen (17) years of litigating intellectual property and entertainment-related cases. (Id.) The focus of his practice is the adult entertainment industry, which is the focus of this litigation. (Id.)

Mr. Bradley charged $375 per hour. (Aff. of John F. Bradley ¶ 6.) He has almost twenty-seven (27) years of experience litigating intellectual property and entertainment related cases across the United States. (Id.) He is the former Chairman of the

4

Entertainment, Arts and Sports Law Section of the Florida Bar. (Id.) He has represented Grammy winners, Latin Grammy winners, and members of the Rock and Roll Hall of Fame. (Id.)

Mr. Foley charged $325 per hour. (Id. ¶ 7.) He has almost twenty-six (26) years of experience in intellectual property and litigation. (Id.) He has been "of counsel" to Bradley Legal Group, P.A., for many years acting as co-counsel and second chair in District Court litigation cases.

Ms. Lubczanska charged $125 per hour. She is a Florida Registered Paralegal with fifteen (15) years' experience in intellectual property litigation. (Id.)

The Court finds that the rates charged by Ms. Bellavance, Ms. Fattorosi, Mr. Bradley, Mr. Foley, and Ms. Lubczanska are reasonable hourly rates in Miami-Dade County, based on their skill and experience.

**2.     *Hours reasonably expended***

The second step in the Court's lodestar analysis is determining whether the hours claimed by the attorneys were reasonably expended. See Norman, 836 F.2d at 1301. The Court should exclude claimed hours that are "excessive, redundant or otherwise unnecessary." Id. The Court may draw upon its own experience in this analysis. See id. at 1303. Where excessive time has been billed, rather than make line-by-line reductions, a court "may engage in 'an across-the-board cut' so long as it provides adequate explanation for the decrease." Bivins v. Wrap It Up, Inc., 548 F.3d 1348, 1350 (11th Cir. 2008). Finally, the Court will not grant an award for fees incurred litigating the case pending in the Northern District of Illinois (the "Illinois Case"). See Flava Works, Inc. v.

5

A4A Reseau, Inc., et al., Case No. 15-cv-00610 (N.D. Ill. filed Jan. 21, 2015). Thus, the Court will not award fees for any work performed after January 21, 2015—the date the Court dismissed this Action and the date Plaintiff filed the Illinois case—unless it can readily be determined that the work related to the case in this Court. That is, the Court will presume hours billed after January 21, 2015, apply to the Illinois case.

Ms. Bellavance's invoice is unhelpful to the Court's analysis. Although she provides dates and descriptions of the work performed, she does not provide the amount of time expended (or billed) for each task.[3] (See D.E. 39-1 at 8-10.) Upon review of Ms. Bellavance's invoice, the Court finds that she did not reasonably expend 20.4 hours for the work described. For example, on October 21, 2014, she wrote a memo to herself summarizing the court proceedings to that point (there had been none), and on various dates she vaguely "work[ed] on [the] file." (Id. at 8-10.) Additionally, Ms. Bellavance included six entries after the case was dismissed on January 21, 2015, none of which clearly apply to this Action and, therefore, presumptively apply to the Illinois case. The Court finds that, based on the descriptions of the work provided in her invoice, Ms. Bellavance reasonably expended 10 hours on this case. (See id.) Ten hours times a reasonable hourly rate of $273.37 equals $2,733.70 for Ms. Bellavance.

---

[3]     For example, the invoice reflects that on October 28, 2015, Ms. Bellavance had a telephone conference with Mr. Fattorosi and a Mr. Ross, but it does not indicate how long this teleconference lasted. (Id. at 8.) Instead, below the dates and descriptions, the invoice merely provides a total of fees generated. (Id. at 9, 10.)

6

Mr. Fattorosi's invoice also includes 1.6 hours in January, 1.4 hours in February, and 1.2 hours in March that were presumptively (or clearly) spent on the Illinois case.[4] (See id. at 12-13.)  Upon careful review of the invoice, the Court finds that Mr. Fattorosi reasonably expended 2.7 hours (at $250) in October, 2.2 hours (at $250) in November, 1.5 hours (at $250) in December, 2.3 hours (at $275) in January, 0.8 hours (at $275) in February, and 0.8 hours (at $275)in March, for a grand total of $2,672.50.

Mr. Bradley's invoices—which also include Mr. Polley's and Ms. Lubczanska's billable hours—are thorough, detailed, and do not include the work performed in the Illinois case (it is specifically redacted).  (See D.E. 39-3 at 8-28.)  The Court thoroughly reviewed the invoices and found only one redundant entry: on October 30, 2014, Mr. Bradley "finalize[d]" a letter to opposing counsel twice, which will reduce his total billable hours by .2 hours.  This brings the invoiced total to 68 hours for Mr. Bradley, 10.5 hours for Mr. Polley, and 39.2 hours for Ms. Lubczanska.

However, relying on the Court's own experience and expertise, a total of 117.7 hours were not reasonably expended between the three of them on this relatively short-lived case.  The first entry on Mr. Bradley's invoice was October 28, 2014, and the case was dismissed less than three months later, with little fanfare in between.  The only substantive filings Defendants made were a (1) Motion to Dismiss (D.E. 11), (2) an Answer to the Complaint (D.E. 20), and (3) the instant Motion for Attorneys' Fees (D.E. 39).  The Court assumes that a private attorney bills 1,800 hours per year and takes two

---

[4]      For example, on February 22, 2015, Mr. Fattorosi reviewed a "Motion to Transfer Venue & Stay," which was filed in the Illinois Case.  See Flava Works, Inc. v. A4A Reseau, Inc., et al., D.E. 6, Case No. 15-cv-00610 (N.D. Ill. Feb 23, 2015).

weeks of vacation. See K.G. v. Dudek, Case No. 11-20684-CIV-LENARD/GOODMAN, Report & Recommendations on Plaintiffs' Application for Appellate Attorneys' Fees, D.E. 215 at 21 n.9 (S.D. Fla. Sept. 18, 2014). Thus, 117.7 hours of work translates to about 3.26 weeks of work, to the exclusion of all other work, which is unreasonable in this case. The Court finds that an "across-the-board" decrease of one-third (.33) is appropriate for Mr. Bradley, Mr. Polley, and Ms. Lubczaknska. See Bivins, 548 F.3d at 1350. Accordingly, the Court finds that Mr. Bradley reasonably expended 45.56 hours (at $375 per hour) on this case; Mr. Polley reasonably expended 7.035 hours (at $325 per hour) on this case; and Ms. Lubczanska reasonably spent 26.264 hours (at $125 per hour) on this case. Consequently, Mr. Bradley generated $17,085.00 in fees, Mr. Polley generated $2,286.37 in fees, and Ms. Lubczanska generated $3,283 in fees, for a total of $22,654.37 for Mr. Bradley's Invoice.

In sum, the Court finds that Ms. Bellavance, Mr. Fattorosi, Mr. Bradley, Mr. Polley, and Ms. Lubczanska are entitled to a total of $28,060.57 in fees from Plaintiff pursuant to Rule 41(d).

Accordingly, it is **ORDERED AND ADJUDGED** that:

1.   Defendants' Motion to Determine Reasonableness of Attorney's Fees Awarded to Defendants (D.E. 39), filed March 16, 2015, is **GRANTED** consistent with this opinion; and

2. Defendants shall have and receive from Plaintiff, Flava Works, Inc., the amount of $28,060.57, for which sum let execution issue.

**DONE AND ORDERED** in Chambers at Miami, Florida this 7th day of April, 2015.

JOAN A. LENARD
**UNITED STATES DISTRICT JUDGE**

9

# EXHIBIT "C"

FILED
Apr 22, 2015
Secretary of State

# ARTICLES OF DISSOLUTION

Pursuant to section 607.1403, Florida Statutes, this Florida corporation submits the following Articles of Dissolution:

FIRST:        The name of the corporation as currently filed with the Florida Department of State:

FLAVA WORKS INC.

SECOND:    The document number of the corporation: P06000070263

THIRD:       The date dissolution was authorized: April 22, 2015

Effective date of dissolution: April 22, 2015

FOURTH:     Dissolution was approved by the shareholders.  The number of votes cast for dissolution was sufficient for approval.

I submit this document and affirm that the facts stated herein are true.  I am aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in section 817.155, Florida Statutes.

Signature:   PHILLIP BLEICHER                         CEO

Electronic Signature of Signing Officer, Director, Incorporator or Authorized Representative

FILED
Apr 22, 2015
Secretary of State

# Notice of Corporate Dissolution

This notice is submitted by the dissolved corporation named below for resolution of payment of unknown claims against this corporation as provided in s. 607.1407, F.S.

Name of Corporation:

FLAVA WORKS INC.

Date of dissolution will be the date the dissolution is filed with the Department of State or as specified in the Articles of Dissolution.

Description of information that must be included in a claim:

FLAVA WORKS, INC. NO LONGER HAS AN OFFICE AND DOES BUSINESS WITHIN THE STATE OF FLORIDA

Mailing address where claims can be sent:

PO BOX 2495
CHICAGO, IL  60690

A claim against the above named corporation will be barred unless a proceeding to enforce the claim is commenced within 4 years after the filing of this notice.

I submit this document and affirm that the facts stated herein are true.  I am aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in section 817.155, Florida Statutes.


Signature:   PHILLIP BLEICHER
              Electronic Signature of the Person Filing

**EXHIBIT "D"**

EXHIBIT D

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Flava Works, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 15-cv-00610 |
| | ) | |
| v. | ) | |
| | ) | |
| A4A RÉSEAU INC., | ) | |
| A4A NETWORK INC., | ) | |
| MARC PARENT | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF PHILLIP BLEICHER

BEFORE ME, the undersigned authority, personally appeared PHILLIP BLEICHER, who being duly sworn, states that:

1.     I am Phillip Bleicher.  I am over eighteen (18) years of age and am otherwise *sui juris*.

2.     I have personal knowledge of the facts stated herein.

3.     I am self-employed as CEO of FLAVA WORKS, INC. ("Flava") an Illinois corporation duly organized and existing under Illinois law. I have been employed in this capacity since 2006.

4.     Flava has one (1) main office in Illinois located at 3526 S. Prairie, Chicago, 606 (the "Chicago Office").   Flava has occupied the Chicago Office since April, 2015.

5.     Flava's previous office address was 2610 North Miami Ave, Miami, FL 33127 and later 833 SW 14th Ave, Miami, FL. At all times relevant, Flava has also held an office at 933 W. Irving Park, Chicago, Illinois 60613.

6.     Flava decided in October 2014 to move its full operations from Florida to Illinois.

EXHIBIT D

7.     Flava based its decision based on the fact that it deceased operations in Florida since July 2014.

8.     Since October 2014, Flava has been in settlement negotiations with the Internal Revenue Service in Chicago.

9.     Flava after settlement negotiations, Flava entered into a settlement April 15, 2015 with the Internal Revenue Service where it was only able to hold one office, and Flava only holds its office in Illinois pursuant to the Settlement.

10.    At the time Flava held an office in Florida and Illinois, Flava's Florida office was only used to ship DVD's.

11.    Flava's Illinois' office was used for all its business operations, including, but not limited to, editing and finalizing productions, marketing, promotions, website management and negotiating and entering contracts.

12.    Flava has been incorporated in Illinois since April 16, 2015.


**AFFIANT FURTHER SAYETH NAUGHT.**

PHILLIP BLEICHER


SWORN TO AND SUBSCRIBED before me this __5__ day of May, 2015 by *Phillip J. Bleicher* who is personally known to me or who has produced *Illinois ID card* as identification and who did/did not take an oath.


NOTARY PUBLIC,
My Commission Expire *February 19, 2015*

OFFICIAL SEAL
ANTOINETTE GRIFFIN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/19/19

2

# EXHIBIT "E"



# CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | FLAVA WORKS INC. | **File Number** | 70135426 |
| **Status** | ACTIVE | | |
| **Entity Type** | CORPORATION | **Type of Corp** | DOMESTIC BCA |
| **Incorporation Date (Domestic)** | 04/16/2015 | **State** | ILLINOIS |
| **Agent Name** | PHILLIP BLEICHER | **Agent Change Date** | 04/16/2015 |
| **Agent Street Address** | 3526 S PRAIRIE AVE | **President Name & Address** | |
| **Agent City** | CHICAGO | **Secretary Name & Address** | |
| **Agent Zip** | 60653 | **Duration Date** | PERPETUAL |
| **Annual Report Filing Date** | 00/00/0000 | **For Year** | |

Return to the Search Screen

Purchase Certificate of Good Standing

**(One Certificate per Transaction)**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

EXHIBIT "F"

**From:** Phillip Bleicher <phil@flavaworks.com>
**Date:** July 23, 2015 at 12:53:52 AM EDT
**To:** marc@adam4adam.com, justin@adam4adam.com
**Subject: Sorry that you lost today....**

Sorry that you lost in court today, your attorney Bradley (who is a shady, untruthful lawyer that made many many false accusations) tried hard (and I bet billed you especially harder, probably in the tens of thousands) for today's hearing. The problem was, he was wrong, and he knew it. I bet he told you that you would win, yadda yadda yadda.

Well you did not. Congrats

The last few days he has filed so many redundant and unnecessary documents, not to mention outside the scope of this lawsuit, that your bills with him must be outrageous - and they will only go higher. Because he is arrogant and has a big ego, he thinks drowning someone in paperwork is the way to bury this case - but it's not, and only hurts you Marc.

He brought boxes and boxes full of papers and binders - and didn't get to use them. What a waste of trees!

Well I am sorry to inform you that even though I have not had the best luck in hiring attorneys, that has changed, our new legal team is strong and on POINT - and the best thing of all - we don't pay $450/hour, or even $150/ hour. Our legal team is on contingency. Yep!

That's unfortunate, because if you would of settled when we were negotiating a settlement you would not be shelling out all this money.

One last thing, I'm sure Bradley has told you something like you will your attorney's fees back....No your not.

Here is why (in three simple reasons)

1) We have a STRONG legitimate copyright and trademark claim (not some bit torrent troll) that we plan to litigate until trial;

2) We have NEW trademark and copyright claims that occurred recently (another one of those shady companies your running ads for is using our copyrights and trademarks and you know who they are).

3) You will not get any attorney's fees (even if awarded), because we have no money. Yep, we are broke, we owe the IRS and we have a settlement with them, after that, there is no money left. Any judgement you get for fees, you will not collect because we have no money. I bet Bradley will tell you we have a stash of money off shore or buried in our back yard, nope. Or he will tell you that he will bury us in paperwork so we can't afford to go to trial, Nope, that won't happen either.

What will happen, is you will continue to pay outrageous and unnecessary legal fees (helping Bradley buy his new boat), for something that was close to being settled in 2013.

Anyway, every time you write a check or wire Bradley money, remember all the money your pissing away when you could of settled this.

:)

***************************************************************
Phillip Bleicher
Flava Works, Inc.
PO BOX 2495
Chicago, IL 60690

Phone: 305-438-9450 Ext 305
Fax: 305-438-9470
Email: phil@flavaworks.com
***************************************************************
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager.
***************************************************************

# EXHIBIT "G"

- Search
- Renew
- Transfer
- Features
- Private Registration
- Protect
- Forward

## WHOIS Results for cocodorm.com

Available domain names similar to cocodorm.com

Available Extensions

**cocodorm**.us
**cocodorm**.us.com
**cocodorm**.mobi
**cocodorm**.biz

Available Domains

c0codorm.com
**cocodorm**web.com
**cocodorm**pro.com
**cocodorm**2u.com

Premium Resale Domains

| | |
|---|---|
| vitacocococonutwater.com | **$2,795** |
| dormdecorating.com | **$1,749** |
| boysdorm.com | **$1,695** |
| dormroomdecorations.com | **$1,449** |
| **cocodorm**.co.uk | |
| **cocodorm**.pro | |
| **cocodorm**.de | |
| **cocodorm**.im | |
| **cocodorm**.asia | |
| **cocodorm**.xxx | |
| **cocodorm**nation.com | |
| **cocodorm**site.com | |
| **cocodorm**foryou.com | |
| **cocodorm**planet.com | |
| **cocodorm**world.com | |
| **cocodorm**4you.com | |
| cheapdormfurniture.com | **$1,299** |
| decoratingdormrooms.com | **$675** |

EXHIBIT **G**

1/38

cocodorm.com WHOIS domain registration information from Network Solutions

citydorm.com **$2,895**

View more



cocodorm.com

Is this your domain name? Renew it now.

```
Domain Name: cocodorm.com
Registry Domain ID: 80346411_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.rrpproxy.net
Registrar URL: https://domains.google.com/
Updated Date: 2015-01-05T18:33:28.0Z
Creation Date: 2001-11-27T16:21:58.0Z
Registrar Registration Expiration Date: 2017-11-27T16:21:58.0Z
Registrar: Google Inc.
Registrar IANA ID: 895
Registrar Abuse Contact Email: registrar-abuse[at]google.com
Registrar Abuse Contact Phone: +1.877-237-6466
Domain Status: clientTransferProhibited http://www.icann.org/epp#client
Registry Registrant ID:
Registrant Name: Phillip Bleicher
Registrant Organization: Flava Works, Inc.
Registrant Street: 833 SW 14th Ave
Registrant City: Miami
Registrant State/Province: FL
Registrant Postal Code: 33135
Registrant Country: US
Registrant Phone: +1.3054389450
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: domains@flavaworks.com
Registry Admin ID:
Admin Name: Phillip Bleicher
Admin Organization: Flava Works, Inc.
Admin Street: 833 SW 14th Ave
Admin City: Miami
Admin State/Province: FL
Admin Postal Code: 33135
Admin Country: US
Admin Phone: +1.3054389450
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: domains@flavaworks.com
Registry Tech ID:
Tech Name: Phillip Bleicher
Tech Organization: Flava Works, Inc.
Tech Street: 833 SW 14th Ave
Tech City: Miami
```

```
Tech Postal Code: 33135
Tech State/Province: FL
Tech Country: US
Tech Phone: +1.3054389450
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: domains@flavaworks.com
Name Server: ns1.cocostore.com
Name Server: ns1.thugsforsex.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.inte
>>> Last update of WHOIS database: 2015-07-22T01:28:54.0Z <<<

Registry Billing ID:
Billing Name: Phillip Bleicher
Billing Organization: Flava Works, Inc.
Billing Street: 833 SW 14th Ave
Billing City: Miami
Billing State/Province: FL
Billing Postal Code: 33135
Billing Country: US
Billing Phone: +1.3054389450
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email: domains@flavaworks.com
; Please register your domains at; https://domains.google.com/
; For more information on Whois status codes,
; please visit http://www.icann.org/epp

; This data is provided by Google
; for information purposes, and to assist persons obtaining information
; about or related to domain name registration records.
; Google does not guarantee its accuracy.
; By submitting a WHOIS query, you agree that you will use this data
; only for lawful purposes and that, under no circumstances, you will
; use this data to
; 1) allow, enable, or otherwise support the transmission of mass
;     unsolicited, commercial advertising or solicitations via E-mail
;     (spam); or
; 2) enable high volume, automated, electronic processes that apply
;     to this WHOIS server.
; These terms may be changed without prior notice.
; By submitting this query, you agree to abide by this policy.
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

Make an instant, anonymous offer to the current domain registrant. Learn More

**WARNING** You are attempting to access a site that features hardcore adult entertainment. If you are under the age of 18, or if it's illegal to access this kind of material in anyway in your jurisdiction, then exit right now! But if you wanna see the best in all raw, bareback Black men hardcore fucking then come on inside. This is the hottest shit on the net and you won't regret it! **By entering this website you agree to the terms listed below.**

                                                          **EXIT**

**TERMS AND CONDITIONS**

Effective as of January 1st, 2011 (the "Effective Date")
Updated April 22, 2015

A. Applicable Sites
These Legal Notices apply to Flava Works, Inc. and FlavaWorks.com (collectively, referred to herein as "Flava Works," "we" or "us") family of websites (the "Sites"). These include thugboy.com; cocodorm.com; rawrods.com; mixitupboy.com, cocoboyz.com; papicock.com; flavamen.com; thugsforsex.com; topthugs.com; flavaworks.com; flavacams.com and any other websites at which these Legal Notices appear. They do not apply to other online or offline Flava Works websites, products or services.

B. Copyright Notice
Copyright © Flava Works. All rights reserved. All materials found on any of the Sites are protected by United States and international copyright laws and treaty provisions and may not be reproduced, copied, edited, published, transmitted, uploaded, distributed, publicly performed or otherwise used in any manner, except with the prior express permission of Flava Works.

C. Trademarks
FLAVA WORKS, THUGBOY, FLAVA MEN, FLAVAMEN BLATINO AWARDS, RAWRODS , COCOSTORE, COCODORM, are trademarks of Flava Works, Inc., all pending or registered in U.S. Patent and Trademark Office.

D. Requesting Reproduction Permissions

EXHIBIT  G          4/38

No material found or located on any Flava Works Site may be reproduced or used for commercial purposes without the prior written permission of Flava Works Inc. You may write or fax Flava Works, Inc. to request permission at the following address:

Flava Works, Inc.
Attn: Rights & Permissions
PO BOX 2495
Chicago, IL 60690
Fax No.: 305.438.9470

## USER / SUBSCRIBER AGREEMENT

### IMPORTANT! PLEASE READ CAREFULLY

This User Agreement constitutes a legal agreement between you and Flava Works and spells out the terms and conditions to which users of any Flava Works Site are expected to adhere. Please read this User Agreement carefully before using any Flava Works Site, because by signing up for a free membership or a paid subscription or by otherwise using a Site in any manner, you acknowledge that you have read and understand and agree to be bound by the terms set forth here, as well as (a) the terms of our Privacy Policy and (b) any supplemental terms appearing at an applicable Site, all of which are hereby incorporated by reference into this User Agreement (collectively referred to as the "Agreement"). If you do not agree with or do not wish to be bound by all of the terms and conditions of this Agreement, do not subscribe to or use any of the Sites or any portion of the Sites. We reserve the right to amend this Agreement at any time and will post the amended Agreement here.

This Agreement applies to the Flava Works, Inc. and FlavaWorks.com (collectively, referred to herein as "Flava Works," "we" or "us") family of websites (the "Sites"). These include thugboy.com; cocodorm.com; and any other websites at which these Legal Notices appear. It does not apply to other online or offline Flava Works websites, products or services and does not grant you the right to access any premium or paid portion of any website for which you have not paid a subscription fee.

## 1. FLAVA WORKS CONTENT AND USER SUBMISSIONS

1.1. The contents of the Flava Works Internet Service ("the Service"), including all Sites, are intended for the personal, noncommercial use of its users. All materials published on the Sites (including, but not limited to articles, blog entries, comments, text, photographs, images, illustrations, product descriptions, audio, video, software, trademarks, logos and other materials found on the Sites (collectively, the "Content")) are protected by copyright, trademark and all other applicable intellectual property laws, and are owned or controlled by Flava Works or the party credited as the provider of such Content, software or other materials. You shall abide by copyright or other notices, information and restrictions appearing in conjunction with any Content accessed through the Service.

1.2. The Service is protected by copyright as a collective work and/or compilation, pursuant to United States copyright laws, international conventions and other applicable intellectual property laws, rules and regulations. Except as may otherwise be set forth in this Section 1, you may not reproduce, modify, adapt, translate, exhibit, publish, transmit, participate in the transfer, rental or sale of, create derivative works from, distribute, perform, display, reverse engineer, decompile or dissemble, or in any way exploit, any of the Content, software, materials, Sites or the Service in whole or in part. You may not use any meta tags or any other "hidden text" utilizing Flava Works' name or trademarks without the express prior written consent of Flava Works.

1.3. Copying or storing of any Content for any purpose other than your personal, noncommercial use as part of the Service is expressly prohibited without the prior written permission from Flava Works' Rights and Permissions Department, or the copyright holder identified in the individual Content's proprietary rights notices. For purposes of clarification, but not limitation, including any Content (in whole or in part) on your personal website, when it is accessible to any other person, is not a personal use and is not permitted.

1.4. You agree that any information, feedback, questions, comments and/or submissions to any of the Public Forums (as discussed below) or the like that you provide to us in connection with any Site or our Service (collectively, "Submissions") will be deemed to have been provided to us on a non-confidential and non-proprietary basis, and you grant Flava Works a nonexclusive, royalty-free, perpetual, irrevocable, and fully sub-licensable right to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, and display such content throughout the world in any media. You grant Flava Works and sub-licensees the right to use the name that you submit in connection with such content, if they choose. We will have no obligations or liability of any kind to you or any third party with respect to any Submission and shall be free to reproduce, use, disclose, distribute and/or

otherwise exploit any Submission for any purpose whatsoever, without limitation. You also agree that we shall be free to use any ideas, concepts or techniques embodied in any Submission for any purpose whatsoever, including, but not limited to, developing, manufacturing, and marketing products or services incorporating such ideas, concepts, or techniques without your approval or compensation to you. You waive any rights you may have in modifications or alterations to your Submissions or in the event that your Submission is changed in a manner not agreeable to you. In addition, you hereby waive all moral rights you may have in any materials uploaded to the Service or sent to us by you.

1.5. All messages transmitted to Flava Works or any of the Sites will be readily accessible to the general public. You should not use any Site to transmit any communication, which you intend only the intended recipient(s) to read. Notice is hereby given that any and all messages uploaded to any of the Sites can and may be read by the operators of this Service, regardless of whether or not the operators are the intended recipients of such messages.

1.6. To enable Flava Works to use the information you supply to us through your Submissions, and so that we are not violating any rights you might have in that information, you agree to grant us a non-exclusive, worldwide, perpetual, irrevocable, royalty-free, sub-licensable (through multiple tiers) right to exercise any copyright, publicity and database rights you have in that information, in any media now known or developed in the future, with respect to your information. However, Flava Works will only use your personal information in accordance with our Privacy Policy.

1.7. If you believe that the content of any Submission provided by you, or any Content appearing on a Site, has been used on a Flava Works Site in a manner that constitutes copyright infringement, please provide our Copyright Agent with a written notice (email is sufficient) that includes the following information: (i) an electronic or physical signature of a person authorized to act on behalf of the owner of the exclusive right that is allegedly infringed; (ii) identification of the copyrighted work claimed to have been infringed; (iii) a description of where the material that you claim is infringing is located on the Site; (iv) your mailing address, telephone number, and e-mail address; (v) a statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and (vi) a statement by you, under penalty of perjury, that the information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

Flava Works designated Copyright Agent to receive notifications of claimed infringement is as follows:

Flava Works, Inc.
Attn: Intellectual Property Counsel
PO BOX 2495
Chicago, IL 60690
E-mail: dmca@flavaworks.com
Phone No.: 305.438.9450
Fax No.: 305.438.9470

If you fail to comply with all of the requirements of a DMCA notice, Flava Works may not act upon your notice.

Please be advised that any DMCA Notices sent to Flava Works may be sent to third parties (including the accused) and posted on the internet.

## 2. Forums and Discussions

2.1. The Sites may make available comments sections, chat rooms, forums, message boards, and/or news groups to its users ("Public Forum(s)"). You shall not upload to, or distribute or otherwise publish through, a Public Forum any content which is illegal, libelous, defamatory, obscene, pornographic, profane, sexually explicit, abusive, invasive of privacy, infringing of intellectual property rights, or otherwise injurious to third parties or objectionable and does not consist of or contain software viruses, political campaigning, commercial solicitation, chain letters, mass mailings, or any form of "spam." Please use your best judgment and be respectful of other individuals using the Public Forums. You agree not to use vulgar, abusive or hateful language.

2.2. You represent and warrant that you own or otherwise control all rights to any content that you post to any Public Forum; that the content is accurate; that use of the content you supply does not violate this Agreement and will not cause injury to any person or entity; and that you will indemnify Flava Works for all claims resulting from content you supply.

2.3. The Public Forums within the Sites are provided to give our users an interesting and stimulating forum in which they may express opinions and share ideas. Flava Works does not endorse the opinions reflected on these Public Forums. You acknowledge that any Submissions may be reproduced, published, transmitted, edited, removed,



modified, used and/or displayed by Flava Works in any manner pursuant to Section 1.4, above.

2.4. You may only use the Public Forums in a noncommercial manner. You shall not, without the express prior approval of Flava Works, use the Public Forums to distribute or otherwise publish any material containing any solicitation of funds, advertising or solicitation for goods or services, or to promote websites or online services that are competitive with Flava Works and the Service or otherwise.

2.5. While we do not and cannot review every message posted by users in the Public Forums and are not responsible for the content of any of these messages, Flava Works reserves the right to delete, move or edit messages that we, in our sole discretion, deem are in violation of the law (including trademark and copyright law), or this Agreement, or are abusive, defamatory, obscene or otherwise unacceptable. Flava Works takes no responsibility and assumes no liability for any content posted by you or any third party. You shall remain solely responsible for the content of your messages.

## 3. Access and Availability of Links

3.1. The Sites may contain links to other websites, resources and sponsors of Flava Works. Selection of any banner advertisement or link may redirect you off of a Flava Works Site to a third party website. Interactions and/or transactions that occur between you and any such third party are strictly between you and that third party and are not the responsibility of Flava Works. We are not responsible for examining or evaluating, and do not warrant the offerings of, any of these businesses or individuals or the content of their websites. Flava Works does not assume any liability or responsibility for the actions, product, availability or content of these outside resources. You should direct any concerns regarding any external link to the site administrator or Webmaster of the third party website.

## 4. Registration & Security

4.1. In order to access certain areas of the Sites and to post comments to the Public Forums, you will be required to register and, in the case of members' areas on the Sites, pay for such access. You must agree to abide by all of the terms contained in the Agreement in order to become or remain an authorized subscriber of any of the Sites

4.2. In order to register and subscribe for a paid membership to one of the Sites, you must indicate agreement with the terms and conditions of this Agreement by checking the "I have read and agree to the membership Terms and Conditions" checkbox on the registration page. You will not be allowed to subscribe to the Sites before clicking that checkbox. Feel free to read and reread this Agreement as often as you want before subscribing to the Sites. If you do not wish to agree to these terms and conditions, do not click the "Trial Membership" button (in the case of free or trial memberships), or the "Click Here to Join" button (in the case of paid subscriptions). You understand, however, that you will not be subscribed for a paid membership to the Sites unless you agree to the terms of this Agreement by clicking on the button as set forth above. Flava Works reserves the right, at its discretion, to change, modify, add or remove portions of this Agreement at any time. Occasionally Flava Works may ask you to accept the terms of such changes to continue using the Sites.

4.3. As part of the registration/subscription process, you will select a password and user name (collectively, a "Site ID"). You agree to provide Flava Works with accurate, complete and updated registration information. Failure to do so will constitute a breach of this Agreement, which may result in immediate termination of your account You may not (a) select or use a screen name of another person with the intent to impersonate that person; (b) use a name subject to the rights of any person other than yourself without authorization; or (c) use a screen name that Flava Works, in its sole discretion, deems offensive.

4.4. You are solely responsible for maintaining the confidentiality of your Site ID and shall notify Flava Works of any known or suspected unauthorized use(s) of your account, Site ID or any known or suspected breach of security, including loss, theft or unauthorized disclosure of your password or credit card information.

4.5. You are responsible for all usage or activity on your account to any of the Sites. Any fraudulent, abusive or otherwise illegal activity may be grounds for termination of your account at Flava Works' sole discretion, and you may be referred to appropriate law enforcement agencies.

4.6. You must be 18 years or older to subscribe to any of the Sites.

4.7. IF THIS AGREEMENT OR ANY FUTURE CHANGES ARE UNACCEPTABLE TO YOU OR CAUSE YOU TO NO LONGER BE IN COMPLIANCE, YOU MAY CANCEL YOUR PAID SUBSCRIPTION BY REQUESTING AN ORDER CANCELLATION FROM A LINK IN THE SUPPORT SECTION (SEE SECTION 10 REGARDING TERMINATION). YOU MAY CANCEL YOUR TRIAL MEMBERSHIP FROM A LINK IN THE SUPPORT SECTION. YOUR

CONTINUED USE OF ANY SITE NOW, OR FOLLOWING THE POSTING OF NOTICE OF ANY CHANGES IN THIS AGREEMENT, WILL CONSTITUTE YOUR BINDING ACCEPTANCE OF SUCH RULES, CHANGES OR MODIFICATIONS.

## 5. Fees & Payments

5.1. Flava Works reserves the right at any time to charge fees or change the price for access to any of the Sites. In the event that Flava Works so elects, it shall post notice in the Members' Services section of the applicable Site. You agree to pay all fees and charges incurred through your account at the rates in effect for the billing period in which such fees and charges are incurred, including, but not limited to charges for any products or services offered for sale through the Sites by Flava Works or by any other vendor or service provider. All fees and charges shall be billed to and paid for by you. You will not receive access to any service until subscription fees have been received by Flava Works. Subscription fees are not refundable in whole or in part, even in the event your account is terminated by you or by Flava Works. In the event of termination, your paid subscription will remain active through the end of the subscription term. You are responsible for the payment of any and all applicable taxes relating to use of the Sites through your account. Your right to use the Sites is subject to any limits established by Flava Works in its sole discretion.

5.2. You understand that your paid subscription will renew automatically at the end of your subscription period until you request a cancellation (See Section 10. Termination), and you hereby authorize Flava Works (or its service provider) to charge your chosen payment method to pay for the ongoing fees relating to your subscription.

5.3. In the event that Flava Works issues a refund, the refund will be credited solely to the payment method used in the original transaction. Flava Works will not issue refunds by cash, check or to another credit card or payment mechanism.

5.4. To complete your purchase you may be transferred to the secured server of CCBill or Netbilling and/or their providers ("Service Provider"), independent companies providing subscription payment processing and other billing services for website operators, such as the owner and operator of this Site. Neither Service Provider nor any person or company related to Service Provider holds any ownership interest in this Site, nor receives any financial benefit from this Site, other than a fee paid by the owner of this Site to Service Provider for the services performed by Service Provider. Service Provider HAS NO CONTROL OVER THE SITE, or any of the design, layout, content, subject matter, products, services or persons that appear in or on or that are linked to the Site, or the geographical areas into which it may disseminate, broadcast or permit the downloading of or access to the content or services offered by the Site. Accordingly, Service Provider makes absolutely no representations and/or warranties, and provides no assurances, regarding the Site, the Site owner, or the quality, availability, legality or description of the products and/or services offered thereon. SERVICE PROVIDER EXPRESSLY DISCLAIMS ANY WARRANTIES OF CLIENT'S ABILITY OR FITNESS FOR A PARTICULAR PURPOSE WITH RESPECT TO THIS SITE AND/OR THE PRODUCTS AND SERVICES OFFERED HEREON. Any disputes arising in connection with this Site, or the products and/or services being offered or purchased, are between you and the owner of this Site. In certain circumstances, Service Provider may provide subscription and billing customer service for the Site, in which case Service Provider may be handling such disputes. In all other cases, disputes related to the Products and Services should be directed to the contact information contained on the Site; however, you should feel free to contact Service Provider in the event that you feel that the Site operator acted fraudulently, or you were misled in any way. Service Provider urges you to carefully read the Terms and Conditions on the Site, and to ask the Site operator any questions you may have regarding the service/product before completing the subscription or other transaction, by using the contact information on this Site. By submitting your request for authorization of your transaction, you acknowledge having read, understood and agreed to the terms and conditions herein stated, AND agree to indemnify, defend, and hold Service Provider harmless from any and all liabilities, damages (including attorneys fees and associated costs) and other costs and expenses arising in connection with your visit to or use of this Site, and/or your purchase or offer to purchase any of the products and services offered hereon.

## 6. Representation and Warranties

6.1. You represent, warrant and covenant (a) that no materials of any kind submitted by you or through your account, or Flava Works' use thereof in accordance with the terms and conditions of this Agreement, will (i) violate, plagiarize or infringe upon the rights of any third party, including, without limitation, copyright, trademark, privacy or publicity, moral rights, contract or other personal or proprietary rights; (ii) contain unlawful material, or otherwise violate any applicable laws, rules or regulations; (iii) constitute false or misleading indications of origin or statements of fact; (iv) slander, libel or defame any person or entity; or (v) cause injury of any kind to any person or entity; and (b) that you are at least 18 years old or the applicable age of majority in your jurisdiction and possess the legal authority to enter into this Agreement.

Raw Rods - Black Bareback Fucking
7/22/15 8 52 AM

6.2. Flava Works makes no representation that the Content on the Sites is appropriate for access outside of the United States. Those who choose to access any of the Sites from outside of the United States do so on their own initiative and are responsible for compliance with local laws.

6.3. Flava Works neither represents nor endorses the accuracy or reliability of any advice, opinion, statement or other information displayed, uploaded, or distributed through the Sites or the Service by any user, information provider or any other person or entity. THE SITES, THE SERVICE AND ANY MATERIALS PROVIDED BY FLAVA WORKS OR THIRD PARTIES THROUGH THE SAME ARE PROVIDED "AS IS." FLAVA WORKS MAKES NO, AND HEREBY DISCLAIMS ALL, WARRANTIES (EXPRESS, IMPLIED OR STATUTORY, INCLUDING ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR USE OR PURPOSE, TITLE, NON-INFRINGEMENT OR ANY OTHER WARRANTY), CONDITIONS, GUARANTIES, OR REPRESENTATIONS, WHETHER ORAL, IN WRITING OR IN ELECTRONIC FORM, INCLUDING BUT NOT LIMITED TO THE ACCURACY, TIMELINESS OR USEFULNESS OF ANY MATERIALS PROVIDED THROUGH ANY OF THE SITES OR THE SERVICE. FLAVA WORKS DOES NOT GUARANTEE THAT YOUR ACCESS TO OR USE OF ANY OF THE SITES OR THE CONTENT AVAILABLE THEREON WILL BE CONTINUOUS, UNINTERRUPTED, ERROR-FREE OR SECURE AND MAKES NO WARRANTY AS TO THE RESULTS TO BE OBTAINED FROM USE OF THE SERVICE. FLAVA WORKS MAY CHANGE ANY INFORMATION OR CONTENT FOUND ON ANY OF THE SITES AT ANY TIME WITHOUT NOTICE, BUT MAKES NO COMMITMENT TO UPDATE ANY INFORMATION OR CONTENT FOUND ON ANY OF THE SITES.

6.4. You hereby acknowledge that the use of the Service, any Site and the Content available thereon is at your sole risk.

## 7. Indemnification

7.1. You hereby agree to indemnify, defend and hold Flava Works and its officers, directors, owners, agents, information providers, affiliates, licensors and licensees (collectively, the "Indemnified Parties") harmless from and against any and all causes of action, claims, liabilities and costs incurred by the Indemnified Parties in connection with any claim arising from of any breach by you of this Agreement or the foregoing representations, warranties and covenants, including, without limitation, reasonable attorneys' fees. You shall cooperate as fully as reasonably required in the defense of any claim. Flava Works reserves the right, at its own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you. You shall not enter into any settlement agreement that affects the rights of Flava Works without Flava Works' prior written approval.

## 8. Limitation of Liability

8.1. NEITHER FLAVA WORKS NOR ANY OTHER PARTY INVOLVED IN CREATING, PRODUCING OR DELIVERING THE SITES OR THE SERVICE SHALL BE RESPONSIBLE TO YOU OR ANY THIRD PARTY FOR: (a) ANY DIRECT OR INDIRECT, CONSEQUENTIAL, SPECIAL, PUNITIVE OR EXEMPLARY DAMAGE OR LOSS INCURRED IN CONNECTION WITH USE OF, OR INABILITY TO USE, THE SERVICE, ANY OF THE SITES, OR THE CONTENT THEREON; (b) ANY OF THE MATERIALS PROVIDED BY FLAVA WORKS OR THIRD PARTIES THROUGH ANY OF THE SITES OR THE SERVICE; OR (c) ANY DAMAGE OR LOSS INTERRUPTIONS, DELETIONS OF FILES, ERRORS, DEFECTS, DELAYS IN PERFORMANCE OF THE SERVICE, REGARDLESS OF THE CLAIM AS TO THE NATURE OF THE CAUSE OF ACTION, EVEN IF FLAVA WORKS HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGE OR LOSS. Some jurisdictions may not allow the exclusion or limitation of incidental or consequential damages, so the above exclusions shall only apply to the extent permissible under applicable law.

8.2. TO THE FULLEST EXTENT PERMISSIBLE UNDER APPLICABLE LAW, FLAVA WORKS' AGGREGATE LIABILITY, AND THE AGGREGATE LIABILITY OF OUR LICENSORS, TO YOU OR ANY THIRD PARTY IN ANY CIRCUMSTANCE IS LIMITED TO ONE HUNDRED U.S. DOLLARS (U.S. $100.00).

## 9. System Integrity

9.1. You may not use any device, software or routine to interfere or attempt to interfere with the proper working of any Site or any transaction conducted on a Site. You may not take any action, which imposes an unreasonable or disproportionately large load on our infrastructure. You may not disclose or share your password with any third party or use your password for any unauthorized purpose.

## 10. Termination

10.1. You may cancel your subscription in the Support section of this site. No fees will be refunded upon cancellation.

You will retain access through the duration of your subscription term. You are responsible for all charges incurred up to the time the account is deactivated.

10.2. Flava Works may, in its sole discretion, terminate or suspend your access or refuse service at any time, without notice, to all or part of any of the Sites or Service for any or no reason, including, without limitation, any breach of this Agreement by you or associated with your account, any assignment of your account to a third party, or the repeated infringement of copyrights owned by Flava Works or third parties.

10.3. Flava Works, including, without limitation, its authorized agents and employees may terminate your use of any or all of the Sites and/or your account without notice in the event that you breach any obligation in this Agreement, including but not limited to, (a) restricting, inhibiting or disrupting the operation of any Site; or (b) attempting to alter or improperly access any feature or function of any of the Sites. Your access may also be subject to termination if you post or transmit any illegal content; harass or threaten any user of any Site or any Flava Works employee; post content (including, but not limited to, the creation of a username) that is offensive or otherwise disruptive of Site activities; post unsolicited advertising; or improperly impersonate a Flava Works employee or other individual.

## 11. Miscellaneous

11.1. This Agreement has been made in and shall be construed and enforced in accordance with Illinois aw without regard to any conflict of law provisions. You agree that any action to enforce this Agreement shall be brought in the federal or state courts located in Chicago, Illinois and you hereby consent to the personal jurisdiction and venue of the courts located in Cook County, Illinois.

11.2. Official correspondence must be sent via postal mail to:
Flava Works, Inc.
Attn: General Counsel
PO BOX 2495
Chicago, IL 60690

11.3. This Agreement, the Privacy Statement and any other terms referenced in this Agreement constitute the entire agreement between you and Flava Works with respect to your access to and use of the Sites and Service and supersede all prior or contemporaneous agreements (whether oral, written or electronic) between you and Flava Works with respect to the Sites and/or Service. If any of the provisions of this Agreement are determined to be invalid or unenforceable, then each invalid or unenforceable provision will be construed in a manner consistent with applicable laws to reflect, as nearly as possible, the original intentions of the parties and the remaining provisions shall remain in full force and effect.

11.4. Flava works may assign this Agreement: (a) to any of its affiliates, (b) to the surviving entity in the event of a merger, acquisition, or the sale of all or substantially all of the assets of Flava Works or (c) in connection with the sale of any of the Sites or the business unit associated with such Site(s).

## F. Acceptance

You hereby acknowledge that you have read and understand the foregoing Agreement and agree to be bound by its terms and conditions.

**Follow @rawrods**   30.5K followers



© 2008 - 2015 RawRods com
Unauthorized Reproduction Prohibited
RawRods Productions

TERMS AND CONDITIONS
PRIVACY POLICY
ACCEPTABLE USE POLICY
BILLING SUPPORT
CONTACT US

18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement - 18 U.S.C Section 2257 all models contained herein were 18 years of age or older

Page 7 of 8

10/38

- Search
- Renew
- Transfer
- Features
- Private Registration
- Protect
- Forward

## WHOIS Results for rawrods.com

Available domain names similar to rawrods.com

Available Extensions

**rawrods**.us
**rawrods**.us.com
**rawrods**.info
**rawrods**.mobi

Available Domains

rawrodz.com
**rawrods**live.com
**rawrods**site.com
**rawrods**pro.com

Premium Resale Domains

| | |
|---|---|
| ruderaw.com | **$980** |
| rawcashew.com | **$1,299** |
| rawandnatural.com | **$2,295** |
| bulkrawpeanuts.com | **$475** |
| **rawrods**.biz | |
| **rawrods**.co.uk | |
| **rawrods**.pro | |
| **rawrods**.de | |
| **rawrods**.im | |
| **rawrods**.co | |
| **rawrods**2u.com | |
| **rawrods**4u.com | |
| direct**rawrods**.com | |
| good**rawrods**.com | |
| **rawrods**world.com | |
| virtual**rawrods**.com | |
| rawandnaturalpets.com | **$100** |
| discountflyrods.com | **$849** |

EXHIBIT

12/38

rawnaturalpetfood.com                **$876**

View more



rawrods.com

Is this your domain name? Renew it now.


Domain Name: RAWRODS.COM
Registry Domain ID: 1414568183_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2013-02-24T19:53:29Z
Creation Date: 2008-03-04T20:33:57Z
Registrar Registration Expiration Date: 2016-03-04T20:33:57Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#client
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUp
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRer
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDe
  gistry Registrant ID:
registrant Name: Phillip Bleicher
Registrant Organization: Flava Works, Inc.
Registrant Street: PO BOX 2495
Registrant City: Chicago
Registrant State/Province: Illinois
Registrant Postal Code: 60690
Registrant Country: United States
Registrant Phone: +1.3054389450
Registrant Phone Ext:
Registrant Fax: +1.3054389470
Registrant Fax Ext:
Registrant Email: domains@flavaworks.com
Registry Admin ID:
Admin Name: Phillip Bleicher
Admin Organization: Flava Works, Inc.
Admin Street: PO BOX 2495
Admin City: Chicago
Admin State/Province: Illinois
Admin Postal Code: 60690
Admin Country: United States
Admin Phone: +1.3054389450
Admin Phone Ext:
Admin Fax: +1.3054389470
Admin Fax Ext:
Admin Email: domains@flavaworks.com
  gistry Tech ID:
rech Name: Phillip Bleicher

```
Tech Organization: Flava Works, Inc.
Tech Street: PO BOX 2495
Tech City: Chicago
⊤⌐ch State/Province: Illinois
   :h Postal Code: 60690
Tech Country: United States
Tech Phone: +1.3054389450
Tech Phone Ext:
Tech Fax: +1.3054389470
Tech Fax Ext:
Tech Email: domains@flavaworks.com
Name Server: NS1.COCOSTORE.COM
Name Server: NS1.THUGSFORSEX.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.inte
>>> Last update of WHOIS database: 2015-07-22T01:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden witho
permission of GoDaddy.com, LLC.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In part
you agree not to use this data to allow, enable, or otherwise make poss
dissemination or collection of this data, in part or in its entirety, f
   rpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic electr
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes

Please note: the registrant of the domain name is specified
in the "registrant" section.  In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

Make an instant, anonymous offer to the current domain registrant. Learn More



Search Again



VIEW BY NEWEST · VIEW BY NAME

Previous | Next

   

   

   

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  · ·  24  25  26  27  28  29
30  31  32  33  34  35  36  37  38  39  40  41  42  43  44  45  46



**WARNING**
You are attempting to access a site that features hardcore adult entertainment. If you are under the age of 18, or if it's illegal to access this kind of material in anyway in your jurisdiction, then exit right now! But if you wanna see the sexiest Black and Latino men then come on inside. This is the hottest site on the net and you won't regret it!
**By entering this website you agree to the terms listed below.**

AGREE                                            **EXIT**

**TERMS AND CONDITIONS**

Effective as of January 1st, 2011 (the "Effective Date")
Updated April 22, 2015

A. Applicable Sites

These Legal Notices apply to Flava Works, Inc. and FlavaWorks com (collectively, referred to herein as "Flava Works," "we" or "us") family of websites (the "Sites") These include thugboy com; cocodorm.com; rawrods.com; mixitupboy.com; cocoboyz.com; papicock.com; flavamen.com; thugsforsex.com; topthugs.com; flavaworks.com, flavacams.com and any other websites at which these Legal Notices appear. They do not apply to other online or offline Flava Works websites, products or services.

B. Copyright Notice

Copyright © Flava Works. All rights reserved. All materials found on any of the Sites are protected by United States and international copyright laws and treaty provisions and may not be reproduced, copied, edited, published, transmitted, uploaded, distributed, publicly performed or otherwise used in any manner, except with the prior express permission of Flava Works.

C. Trademarks

FLAVA WORKS, THUGBOY, FLAVA MEN, FLAVAMEN BLATINO AWARDS, RAWRODS , COCOSTORE, COCODORM, are trademarks of Flava Works, Inc , all pending or registered in U.S. Patent and Trademark Office.

D. Requesting Reproduction Permissions

No material found or located on any Flava Works Site may be reproduced or used for commercial purposes without the prior written permission of Flava Works Inc. You may write or fax Flava Works, Inc to request permission at the following address

Flava Works. Inc.
Attn: Rights & Permissions
PO BOX 2495
Chicago, IL 60690
Fax No . 305.438.9470

**USER / SUBSCRIBER AGREEMENT**

IMPORTANT! PLEASE READ CAREFULLY

This User Agreement constitutes a legal agreement between you and Flava Works and spells out the terms and conditions to which users of any Flava Works Site are expected to adhere. Please read this User Agreement carefully before using any Flava Works Site, because by signing up for a free membership or a paid subscription or by otherwise using a Site in any manner, you acknowledge that you have read and understand and agree to be bound by the terms set forth here, as well as (a) the terms of our Privacy Policy and (b) any supplemental terms appearing at an applicable Site, all of which are hereby incorporated by reference into this User Agreement (collectively referred to as the "Agreement"). If you do not agree with or do not wish to be bound by all of the terms and conditions of this Agreement, do not subscribe to or use any of the Sites or any portion of the Sites We reserve the right to amend this Agreement at any time and will post the amended Agreement here.

This Agreement applies to the Flava Works, Inc. and FlavaWorks.com (collectively, referred to herein as "Flava Works," "we" or "us") family of websites (the "Sites"). These include thugboy.com; cocodorm.com; and any other websites at which these Legal Notices appear. It does not apply to other online or offline Flava Works websites, products or services and does not grant you the right to access any premium or paid portion of any website for which you have not paid a subscription fee.

## 1. FLAVA WORKS CONTENT AND USER SUBMISSIONS

1.1. The contents of the Flava Works Internet Service ("the Service"), including all Sites, are intended for the personal, noncommercial use of its users. All materials published on the Sites (including, but not limited to articles, blog entries, comments, text, photographs, images, illustrations, product descriptions, audio, video, software, trademarks, logos and other materials found on the Sites (collectively, the "Content")) are protected by copyright, trademark and all other applicable intellectual property laws, and are owned or controlled by Flava Works or the party credited as the provider of such Content, software or other materials. You shall abide by copyright or other notices, information and restrictions appearing in conjunction with any Content accessed through the Service.

1.2. The Service is protected by copyright as a collective work and/or compilation, pursuant to United States copyright laws, international conventions and other applicable intellectual property laws, rules and regulations. Except as may otherwise be set forth in this Section 1, you may not reproduce, modify, adapt, translate, exhibit, publish, transmit, participate in the transfer, rental or sale of, create derivative works from, distribute, perform, display, reverse engineer, decompile or dissemble, or in any way exploit, any of the Content, software, materials, Sites or the Service in whole or in part. You may not use any meta tags or any other "hidden text" utilizing Flava Works' name or trademarks without the express prior written consent of Flava Works.

1.3. Copying or storing of any Content for any purpose other than your personal, noncommercial use as part of the Service is expressly prohibited without the prior written permission from Flava Works' Rights and Permissions Department, or the copyright holder identified in the individual Content's proprietary rights notices. For purposes of clarification, but not limitation, including any Content (in whole or in part) on your personal website, when it is accessible to any other person, is not a personal use and is not permitted.

1.4. You agree that any information, feedback, questions, comments and/or submissions to any of the Public Forums (as discussed below) or the like that you provide to us in connection with any Site or our Service (collectively, "Submissions") will be deemed to have been provided to us on a non-confidential and non-proprietary basis, and you grant Flava Works a nonexclusive, royalty-free, perpetual, irrevocable, and fully sub-licensable right to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, and display such content throughout the world in any media. You grant Flava Works and sub-licensees the right to use the name that you submit in connection with such content, if they choose. We will have no obligations or liability of any kind to you or any third party with respect to any Submission and shall be free to reproduce, use, disclose, distribute and/or otherwise exploit any Submission for any purpose whatsoever, without limitation. You also agree that we shall be free to use any ideas, concepts or techniques embodied in any Submission for any purpose whatsoever, including, but not limited to, developing, manufacturing, and marketing products or services incorporating such ideas, concepts, or techniques without your approval or compensation to you. You waive any rights you may have in modifications or alterations to your Submissions or in the event that your Submission is changed in a manner not agreeable to you. In addition, you hereby waive all moral rights you may have in any materials uploaded to the Service or sent to us by you.

1.5. All messages transmitted to Flava Works or any of the Sites will be readily accessible to the general public. You should not use any Site to transmit any communication, which you intend only the intended recipient(s) to read. Notice is hereby given that any and all messages uploaded to any of the Sites can and may be read by the operators of this Service, regardless of whether or not the operators are the intended recipients of such messages.

1.6. To enable Flava Works to use the information you supply to us through your Submissions, and so that we are not violating any rights you might have in that

information, you agree to grant us a non-exclusive, worldwide, perpetual, irrevocable, royalty-free, sub-licensable (through multiple tiers) right to exercise any copyright, publicity and database rights you have in that information, in any media now known or developed in the future, with respect to your information. However, Flava Works will only use your personal information in accordance with our Privacy Policy.

1.7. If you believe that the content of any Submission provided by you, or any Content appearing on a Site, has been used on a Flava Works Site in a manner that constitutes copyright infringement, please provide our Copyright Agent with a written notice (email is sufficient) that includes the following information: (i) an electronic or physical signature of a person authorized to act on behalf of the owner of the exclusive right that is allegedly infringed; (ii) identification of the copyrighted work claimed to have been infringed; (iii) a description of where the material that you claim is infringing is located on the Site; (iv) your mailing address, telephone number, and e-mail address; (v) a statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and (vi) a statement by you, under penalty of perjury, that the information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

Flava Works designated Copyright Agent to receive notifications of claimed infringement is as follows:

Flava Works, Inc.
Attn: Intellectual Property Counsel
PO BOX 2495
Chicago, IL 60690
E-mail: dmca@flavaworks.com
Phone No.: 305.438.9450
Fax No.: 305.438.9470

If you fail to comply with all of the requirements of a DMCA notice, Flava Works may not act upon your notice.

Please be advised that any DMCA Notices sent to Flava Works may be sent to third parties (including the accused) and posted on the internet.

**2. Forums and Discussions**

2.1. The Sites may make available comments sections, chat rooms, forums, message boards, and/or news groups to its users ("Public Forum(s)"). You shall not upload to, or distribute or otherwise publish through, a Public Forum any content which is illegal, libelous, defamatory, obscene, pornographic, profane, sexually explicit, abusive, invasive of privacy, infringing of intellectual property rights, or otherwise injurious to third parties or objectionable and does not consist of or contain software viruses, political campaigning, commercial solicitation, chain letters, mass mailings, or any form of "spam." Please use your best judgment and be respectful of other individuals using the Public Forums. You agree not to use vulgar, abusive or hateful language.

2.2. You represent and warrant that you own or otherwise control all rights to any content that you post to any Public Forum; that the content is accurate; that use of the content you supply does not violate this Agreement and will not cause injury to any person or entity; and that you will indemnify Flava Works for all claims resulting from content you supply.

2.3. The Public Forums within the Sites are provided to give our users an interesting and stimulating forum in which they may express opinions and share ideas. Flava Works does not endorse the opinions reflected on these Public Forums. You acknowledge that any Submissions may be reproduced, published, transmitted, edited, removed, modified, used and/or displayed by Flava Works in any manner pursuant to Section 1.4, above.

2.4. You may only use the Public Forums in a noncommercial manner. You shall not, without the express prior approval of Flava Works, use the Public Forums to distribute or otherwise publish any material containing any solicitation of funds, advertising or solicitation for goods or services, or to promote websites or online services that are competitive with Flava Works and the Service or otherwise.

2.5. While we do not and cannot review every message posted by users in the Public Forums and are not responsible for the content of any of these messages, Flava Works reserves the right to delete, move or edit messages that we, in our sole discretion, deem are in violation of the law (including trademark and copyright

law), or this Agreement, or are abusive, defamatory, obscene or otherwise unacceptable. Flava Works takes no responsibility and assumes no liability for any content posted by you or any third party. You shall remain solely responsible for the content of your messages.

### 3. Access and Availability of Links

3.1. The Sites may contain links to other websites, resources and sponsors of Flava Works. Selection of any banner advertisement or link may redirect you off of a Flava Works Site to a third party website. Interactions and/or transactions that occur between you and any such third party are strictly between you and that third party and are not the responsibility of Flava Works. We are not responsible for examining or evaluating, and do not warrant the offerings of, any of these businesses or individuals or the content of their websites. Flava Works does not assume any liability or responsibility for the actions, product, availability or content of these outside resources. You should direct any concerns regarding any external link to the site administrator or Webmaster of the third party website.

### 4. Registration & Security

4.1. In order to access certain areas of the Sites and to post comments to the Public Forums, you will be required to register and, in the case of members' areas on the Sites, pay for such access. You must agree to abide by all of the terms contained in the Agreement in order to become or remain an authorized subscriber of any of the Sites.

4.2. In order to register and subscribe for a paid membership to one of the Sites, you must indicate agreement with the terms and conditions of this Agreement by checking the "I have read and agree to the membership Terms and Conditions" checkbox on the registration page. You will not be allowed to subscribe to the Sites before clicking that checkbox. Feel free to read and reread this Agreement as often as you want before subscribing to the Sites. If you do not wish to agree to these terms and conditions, do not click the "Trial Membership" button (in the case of free or trial memberships), or the "Click Here to Join" button (in the case of paid subscriptions). You understand, however, that you will not be subscribed for a paid membership to the Sites unless you agree to the terms of this Agreement by clicking on the button as set forth above. Flava Works reserves the right, at its discretion, to change, modify, add or remove portions of this Agreement at any time. Occasionally Flava Works may ask you to accept the terms of such changes to continue using the Sites.

4.3. As part of the registration/subscription process, you will select a password and user name (collectively, a "Site ID"). You agree to provide Flava Works with accurate, complete and updated registration information. Failure to do so will constitute a breach of this Agreement, which may result in immediate termination of your account. You may not (a) select or use a screen name of another person with the intent to impersonate that person; (b) use a name subject to the rights of any person other than yourself without authorization; or (c) use a screen name that Flava Works, in its sole discretion, deems offensive.

4.4. You are solely responsible for maintaining the confidentiality of your Site ID and shall notify Flava Works of any known or suspected unauthorized use(s) of your account, Site ID or any known or suspected breach of security, including loss, theft or unauthorized disclosure of your password or credit card information.

4.5. You are responsible for all usage or activity on your account to any of the Sites. Any fraudulent, abusive or otherwise illegal activity may be grounds for termination of your account at Flava Works' sole discretion, and you may be referred to appropriate law enforcement agencies.

4.6. You must be 18 years or older to subscribe to any of the Sites.

4.7. IF THIS AGREEMENT OR ANY FUTURE CHANGES ARE UNACCEPTABLE TO YOU OR CAUSE YOU TO NO LONGER BE IN COMPLIANCE, YOU MAY CANCEL YOUR PAID SUBSCRIPTION BY REQUESTING AN ORDER CANCELLATION FROM A LINK IN THE SUPPORT SECTION (SEE SECTION 10 REGARDING TERMINATION). YOU MAY CANCEL YOUR TRIAL MEMBERSHIP FROM A LINK IN THE SUPPORT SECTION. YOUR CONTINUED USE OF ANY SITE NOW, OR FOLLOWING THE POSTING OF NOTICE OF ANY CHANGES IN THIS AGREEMENT, WILL CONSTITUTE YOUR BINDING ACCEPTANCE OF SUCH RULES, CHANGES OR MODIFICATIONS.

### 5. Fees & Payments

$19/38$ Page 4 of 8

5.1. Flava Works reserves the right at any time to charge fees or change the price for access to any of the Sites. In the event that Flava Works so elects, it shall post notice in the Members' Services section of the applicable Site. You agree to pay all fees and charges incurred through your account at the rates in effect for the billing period in which such fees and charges are incurred, including, but not limited to charges for any products or services offered for sale through the Sites by Flava Works or by any other vendor or service provider. All fees and charges shall be billed to and paid for by you. You will not receive access to any service until subscription fees have been received by Flava Works. Subscription fees are not refundable in whole or in part, even in the event your account is terminated by you or by Flava Works. In the event of termination, your paid subscription will remain active through the end of the subscription term. You are responsible for the payment of any and all applicable taxes relating to use of the Sites through your account. Your right to use the Sites is subject to any limits established by Flava Works in its sole discretion.

5.2. You understand that your paid subscription will renew automatically at the end of your subscription period until you request a cancellation (See Section 10. Termination), and you hereby authorize Flava Works (or its service provider) to charge your chosen payment method to pay for the ongoing fees relating to your subscription.

5.3. In the event that Flava Works issues a refund, the refund will be credited solely to the payment method used in the original transaction. Flava Works will not issue refunds by cash, check or to another credit card or payment mechanism.

5.4. To complete your purchase you may be transferred to the secured server of CCBill or Netbilling and/or their providers ("Service Provider"), independent companies providing subscription payment processing and other billing services for website operators, such as the owner and operator of this Site. Neither Service Provider nor any person or company related to Service Provider holds any ownership interest in this Site, nor receives any financial benefit from this Site, other than a fee paid by the owner of this Site to Service Provider for the services performed by Service Provider. Service Provider HAS NO CONTROL OVER THE SITE, or any of the design, layout, content, subject matter, products, services or persons that appear in or on or that are linked to the Site, or the geographical areas into which it may disseminate, broadcast or permit the downloading of or access to the content or services offered by the Site. Accordingly, Service Provider makes absolutely no representations and/or warranties, and provides no assurances, regarding the Site, the Site owner, or the quality, availability, legality or description of the products and/or services offered thereon. SERVICE PROVIDER EXPRESSLY DISCLAIMS ANY WARRANTIES OF CLIENT'S ABILITY OR FITNESS FOR A PARTICULAR PURPOSE WITH RESPECT TO THIS SITE AND/OR THE PRODUCTS AND SERVICES OFFERED HEREON. Any disputes arising in connection with this Site, or the products and/or services being offered or purchased, are between you and the owner of this Site. In certain circumstances, Service Provider may provide subscription and billing customer service for the Site, in which case Service Provider may be handling such disputes. In all other cases, disputes related to the Products and Services should be directed to the contact information contained on the Site; however, you should feel free to contact Service Provider in the event that you feel that the Site operator acted fraudulently, or you were misled in any way. Service Provider urges you to carefully read the Terms and Conditions on the Site, and to ask the Site operator any questions you may have regarding the service/product before completing the subscription or other transaction, by using the contact information on this Site. By submitting your request for authorization of your transaction, you acknowledge having read, understood and agreed to the terms and conditions herein stated, AND agree to indemnify, defend, and hold Service Provider harmless from any and all liabilities, damages (including attorneys fees and associated costs) and other costs and expenses arising in connection with your visit to or use of this Site, and/or your purchase or offer to purchase any of the products and services offered hereon.

#### 6. Representation and Warranties

6.1. You represent, warrant and covenant (a) that no materials of any kind submitted by you or through your account, or Flava Works' use thereof in accordance with the terms and conditions of this Agreement, will (i) violate, plagiarize or infringe upon the rights of any third party, including, without limitation, copyright, trademark, privacy or publicity, moral rights, contract or other personal or proprietary rights; (ii) contain unlawful material, or otherwise violate any applicable

laws, rules or regulations; (iii) constitute false or misleading indications of origin or statements of fact; (iv) slander, libel or defame any person or entity; or (v) cause injury of any kind to any person or entity; and (b) that you are at least 18 years old or the applicable age of majority in your jurisdiction and possess the legal authority to enter into this Agreement.

6.2. Flava Works makes no representation that the Content on the Sites is appropriate for access outside of the United States. Those who choose to access any of the Sites from outside of the United States do so on their own initiative and are responsible for compliance with local laws.

6.3. Flava Works neither represents nor endorses the accuracy or reliability of any advice, opinion, statement or other information displayed, uploaded, or distributed through the Sites or the Service by any user, information provider or any other person or entity. THE SITES, THE SERVICE AND ANY MATERIALS PROVIDED BY FLAVA WORKS OR THIRD PARTIES THROUGH THE SAME ARE PROVIDED "AS IS." FLAVA WORKS MAKES NO, AND HEREBY DISCLAIMS ALL, WARRANTIES (EXPRESS, IMPLIED OR STATUTORY, INCLUDING ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR USE OR PURPOSE, TITLE, NON-INFRINGEMENT OR ANY OTHER WARRANTY), CONDITIONS, GUARANTIES, OR REPRESENTATIONS, WHETHER ORAL, IN WRITING OR IN ELECTRONIC FORM, INCLUDING BUT NOT LIMITED TO THE ACCURACY, TIMELINESS OR USEFULNESS OF ANY MATERIALS PROVIDED THROUGH ANY OF THE SITES OR THE SERVICE. FLAVA WORKS DOES NOT GUARANTEE THAT YOUR ACCESS TO OR USE OF ANY OF THE SITES OR THE CONTENT AVAILABLE THEREON WILL BE CONTINUOUS, UNINTERRUPTED, ERROR-FREE OR SECURE AND MAKES NO WARRANTY AS TO THE RESULTS TO BE OBTAINED FROM USE OF THE SERVICE. FLAVA WORKS MAY CHANGE ANY INFORMATION OR CONTENT FOUND ON ANY OF THE SITES AT ANY TIME WITHOUT NOTICE, BUT MAKES NO COMMITMENT TO UPDATE ANY INFORMATION OR CONTENT FOUND ON ANY OF THE SITES.

6.4. You hereby acknowledge that the use of the Service, any Site and the Content available thereon is at your sole risk.

**7. Indemnification**

7.1. You hereby agree to indemnify, defend and hold Flava Works and its officers, directors, owners, agents, information providers, affiliates, licensors and licensees (collectively, the "Indemnified Parties") harmless from and against any and all causes of action, claims, liabilities and costs incurred by the Indemnified Parties in connection with any claim arising from of any breach by you of this Agreement or the foregoing representations, warranties and covenants, including, without limitation, reasonable attorneys' fees. You shall cooperate as fully as reasonably required in the defense of any claim. Flava Works reserves the right, at its own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you. You shall not enter into any settlement agreement that affects the rights of Flava Works without Flava Works' prior written approval.

**8. Limitation of Liability**

8.1. NEITHER FLAVA WORKS NOR ANY OTHER PARTY INVOLVED IN CREATING, PRODUCING OR DELIVERING THE SITES OR THE SERVICE SHALL BE RESPONSIBLE TO YOU OR ANY THIRD PARTY FOR: (a) ANY DIRECT OR INDIRECT, CONSEQUENTIAL, SPECIAL, PUNITIVE OR EXEMPLARY DAMAGE OR LOSS INCURRED IN CONNECTION WITH USE OF, OR INABILITY TO USE, THE SERVICE, ANY OF THE SITES, OR THE CONTENT THEREON; (b) ANY OF THE MATERIALS PROVIDED BY FLAVA WORKS OR THIRD PARTIES THROUGH ANY OF THE SITES OR THE SERVICE; OR (c) ANY DAMAGE OR LOSS INTERRUPTIONS, DELETIONS OF FILES, ERRORS, DEFECTS, DELAYS IN PERFORMANCE OF THE SERVICE, REGARDLESS OF THE CLAIM AS TO THE NATURE OF THE CAUSE OF ACTION, EVEN IF FLAVA WORKS HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGE OR LOSS. Some jurisdictions may not allow the exclusion or limitation of incidental or consequential damages, so the above exclusions shall only apply to the extent permissible under applicable law.

8.2. TO THE FULLEST EXTENT PERMISSIBLE UNDER APPLICABLE LAW, FLAVA WORKS' AGGREGATE LIABILITY, AND THE AGGREGATE LIABILITY OF OUR LICENSORS, TO YOU OR ANY THIRD PARTY IN ANY CIRCUMSTANCE IS

## 9. System Integrity

9 1. You may not use any device, software or routine to interfere or attempt to interfere with the proper working of any Site or any transaction conducted on a Site. You may not take any action, which imposes an unreasonable or disproportionately large load on our infrastructure. You may not disclose or share your password with any third party or use your password for any unauthorized purpose.

## 10. Termination

10.1. You may cancel your subscription in the Support section of this site. No fees will be refunded upon cancellation. You will retain access through the duration of your subscription term. You are responsible for all charges incurred up to the time the account is deactivated.

10.2. Flava Works may, in its sole discretion, terminate or suspend your access or refuse service at any time, without notice, to all or part of any of the Sites or Service for any or no reason, including, without limitation, any breach of this Agreement by you or associated with your account, any assignment of your account to a third party, or the repeated infringement of copyrights owned by Flava Works or third parties.

10.3 Flava Works, including, without limitation, its authorized agents and employees may terminate your use of any or all of the Sites and/or your account without notice in the event that you breach any obligation in this Agreement, including but not limited to, (a) restricting, inhibiting or disrupting the operation of any Site; or (b) attempting to alter or improperly access any feature or function of any of the Sites. Your access may also be subject to termination if you post or transmit any illegal content; harass or threaten any user of any Site or any Flava Works employee; post content (including, but not limited to, the creation of a username) that is offensive or otherwise disruptive of Site activities; post unsolicited advertising; or improperly impersonate a Flava Works employee or other individual.

## 11. Miscellaneous

11.1. This Agreement has been made in and shall be construed and enforced in accordance with Illinois aw without regard to any conflict of law provisions. You agree that any action to enforce this Agreement shall be brought in the federal or state courts located in Chicago, Illinois and you hereby consent to the personal jurisdiction and venue of the courts located in Cook County, Illinois.

11.2. Official correspondence must be sent via postal mail to:
Flava Works, Inc.
Attn: General Counsel
PO BOX 2495
Chicago, IL 60690

11.3. This Agreement, the Privacy Statement and any other terms referenced in this Agreement constitute the entire agreement between you and Flava Works with respect to your access to and use of the Sites and Service and supersede all prior or contemporaneous agreements (whether oral, written or electronic) between you and Flava Works with respect to the Sites and/or Service. If any of the provisions of this Agreement are determined to be invalid or unenforceable, then each invalid or unenforceable provision will be construed in a manner consistent with applicable laws to reflect, as nearly as possible, the original intentions of the parties and the remaining provisions shall remain in full force and effect.

11.4. Flava works may assign this Agreement: (a) to any of its affiliates, (b) to the surviving entity in the event of a merger, acquisition, or the sale of all or substantially all of the assets of Flava Works or (c) in connection with the sale of any of the Sites or the business unit associated with such Site(s).

## F. Acceptance

You hereby acknowledge that you have read and understand the foregoing Agreement and agree to be bound by its terms and conditions.

All Rights Reserved - Unauthorized Reproduction Prohibited
A site owned and operated by Blatino Media, Inc
Please read our Privacy Policy, the Terms And Conditions of your memberhsip and out Acceptable Use Policy. All models were at least 18 when they were photographed
This website is in compliance with 18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement Label Information - Billing Support - Contact Us

http://www.flavamen.com/about.php

- Search
- Renew
- Transfer
- Features
- Private Registration
- Protect
- Forward

## WHOIS Results for flavamen.com

Available domain names similar to flavamen.com

Available Extensions

**flavamen**.net
**flavamen**.us
**flavamen**.us.com
**flavamen**.info

Available Domains

f l a v a m e n.com
**flavamen**site.com
**flavamen**4you.com
**flavamen**4u.com

Premium Resale Domains

| | |
|---|---|
| abexercisesformen.com | **$2,595** |
| miamimensclothes.com | **$999** |
| ablebodiedmen.com | **$2,188** |
| miamimenswear.com | **$1,299** |
| **flavamen**.mobi | |
| **flavamen**.biz | |
| **flavamen**.co.uk | |
| **flavamen**.pro | |
| **flavamen**.de | |
| **flavamen**.im | |
| **flavamen**web.com | |
| **flavamen**foryou.com | |
| good**flavamen**.com | |
| my**flavamen**.com | |
| official**flavamen**.com | |
| **flavamen**home.com | |
| absolutemen.com | **$1,795** |
| magazinemen.com | **$1,449** |

EXHIBIT 24/38

ge 1 of 5

abworkoutsmen.com                    **$2,000**

View more



flavamen.com

Is this your domain name? Renew it now.


```
Domain Name: flavamen.com
Registry Domain ID: 119174111_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.rrpproxy.net
Registrar URL: https://domains.google.com/
Updated Date: 2015-01-05T18:47:26.0Z
Creation Date: 2004-05-04T20:11:35.0Z
Registrar Registration Expiration Date: 2017-05-04T20:11:35.0Z
Registrar: Google Inc.
Registrar IANA ID: 895
Registrar Abuse Contact Email: registrar-abuse[at]google.com
Registrar Abuse Contact Phone: +1.877-237-6466
Domain Status: clientTransferProhibited http://www.icann.org/epp#client
Registry Registrant ID:
Registrant Name: Phillip Bleicher
Registrant Organization: Flava Works, Inc.
 gistrant Street: 833 SW 14th Ave
 egistrant City: Miami
Registrant State/Province: FL
Registrant Postal Code: 33135
Registrant Country: US
Registrant Phone: +1.3054389450
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: domains@flavaworks.com
Registry Admin ID:
Admin Name: Phillip Bleicher
Admin Organization: Flava Works, Inc.
Admin Street: 833 SW 14th Ave
Admin City: Miami
Admin State/Province: FL
Admin Postal Code: 33135
Admin Country: US
Admin Phone: +1.3054389450
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: domains@flavaworks.com
Registry Tech ID:
Tech Name: Phillip Bleicher
Tech Organization: Flava Works, Inc.
 ch Street: 833 SW 14th Ave
 ech City: Miami
```

25/38

```
Tech Postal Code: 33135
Tech State/Province: FL
Tech Country: US
Tech Phone: +1.3054389450
 ∟ch Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: domains@flavaworks.com
Name Server: ns1.cocostore.com
Name Server: ns1.thugsforsex.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.inte
>>> Last update of WHOIS database: 2015-07-22T01:27:08.0Z <<<

Registry Billing ID:
Billing Name: Phillip Bleicher
Billing Organization: Flava Works, Inc.
Billing Street: 833 SW 14th Ave
Billing City: Miami
Billing State/Province: FL
Billing Postal Code: 33135
Billing Country: US
Billing Phone: +1.3054389450
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email: domains@flavaworks.com
; Please register your domains at; https://domains.google.com/
; For more information on Whois status codes,
· please visit http://www.icann.org/epp

; This data is provided by Google
; for information purposes, and to assist persons obtaining informatior
; about or related to domain name registration records.
; Google does not guarantee its accuracy.
; By submitting a WHOIS query, you agree that you will use this data
; only for lawful purposes and that, under no circumstances, you will
; use this data to
; 1) allow, enable, or otherwise support the transmission of mass
;    unsolicited, commercial advertising or solicitations via E-mail
;    (spam); or
; 2) enable high volume, automated, electronic processes that apply
;    to this WHOIS server.
; These terms may be changed without prior notice.
; By submitting this query, you agree to abide by this policy.
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

Make an instant, anonymous offer to the current domain registrant. Learn More

- Search
- Renew
- Transfer
- Features
- Private Registration
- Protect
- Forward

## WHOIS Results for cocoboyz.com

Available domain names similar to cocoboyz.com

Available Extensions

    **cocoboyz**.us
    **cocoboyz**.us.com
    **cocoboyz**.info
    **cocoboyz**.mobi

Available Domains

    c0coboyz.com
    **cocoboyz**site.com
    **cocoboyz**planet.com
    **cocoboyz**pro.com

Premium Resale Domains

| | |
|---|---|
| vitacocococonutwater.com | **$2,795** |
| chocolatecoco.com | **$1,399** |
| adcoco.com | **$4,000** |
| alcoco.com | **$1,395** |
| **cocoboyz**.biz | |
| **cocoboyz**.co.uk | |
| **cocoboyz**.pro | |
| **cocoboyz**.de | |
| **cocoboyz**.im | |
| **cocoboyz**.co | |
| **cocoboyz**land.com | |
| **cocoboyz**4you.com | |
| **cocoboyz**4u.com | |
| **cocoboyz**foryou.com | |
| official**cocoboyz**.com | |
| virtual**cocoboyz**.com | |
| amycocolee.com | **$799** |
| aromadecoco.com | **$799** |

Case 1:14-cv-02359-MSC Document 66-2 Entered on FLSD Docket 08/26/2015 Page 64 of 77
borsecoco.com     $799

View more



cocoboyz.com

Is this your domain name? Renew it now.


```
Domain Name: COCOBOYZ.COM
Registry Domain ID: 9231530_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-08-19T14:30:53Z
Creation Date: 1999-08-18T21:41:02Z
Registrar Registration Expiration Date: 2016-08-18T21:41:02Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#client
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUp
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRen
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDe
ngistry Registrant ID:
egistrant Name: Phillip Bleicher
Registrant Organization: Flava Works, Inc.
Registrant Street: PO BOX 2495
Registrant City: Chicago
Registrant State/Province: Illinois
Registrant Postal Code: 60690
Registrant Country: United States
Registrant Phone: +1.3054389450
Registrant Phone Ext:
Registrant Fax: +1.3054389470
Registrant Fax Ext:
Registrant Email: domains@flavaworks.com
Registry Admin ID:
Admin Name: Phillip Bleicher
Admin Organization: Flava Works, Inc.
Admin Street: PO BOX 2495
Admin City: Chicago
Admin State/Province: Illinois
Admin Postal Code: 60690
Admin Country: United States
Admin Phone: +1.3054389450
Admin Phone Ext:
Admin Fax: +1.3054389470
Admin Fax Ext:
Admin Email: domains@flavaworks.com
ngistry Tech ID:
_ech Name: Phillip Bleicher
```

```
Tech Organization: Flava Works, Inc.
Tech Street: PO BOX 2495
Tech City: Chicago
Tech State/Province: Illinois
   ch Postal Code: 60690
⌐ech Country: United States
Tech Phone: +1.3054389450
Tech Phone Ext:
Tech Fax: +1.3054389470
Tech Fax Ext:
Tech Email: domains@flavaworks.com
Name Server: NS1.COCOSTORE.COM
Name Server: NS1.THUGSFORSEX.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.inte
>>> Last update of WHOIS database: 2015-07-22T01:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden withc
permission of GoDaddy.com, LLC.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In part
you agree not to use this data to allow, enable, or otherwise make poss
dissemination or collection of this data, in part or in its entirety, i
   rpose, such as the transmission of unsolicited advertising and
⌐nd solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic electr
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes

Please note: the registrant of the domain name is specified
in the "registrant" section.  In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

Make an instant, anonymous offer to the current domain registrant. Learn More



Search Again




**WARNING** You are attempting to access a site that features hardcore adult entertainment. If you are under the age of 18, or if it's illegal to access this kind of material in anyway in your jurisdiction, then exit right now! But if you wanna see the sexiest Blatino action then come on inside. This is the hottest shit on the net and you won't regret it!
**By entering this website you agree to the terms listed below.**

᠅ AGREE                                                                                  **EXIT**

### TERMS AND CONDITIONS

Effective as of January 1st, 2011 (the "Effective Date")
Updated April 22, 2015

#### A. Applicable Sites
These Legal Notices apply to Flava Works, Inc. and FlavaWorks.com (collectively, referred to herein as "Flava Works," "we" or "us")
family of websites (the "Sites"). These include thugboy; cocodorm.com; rawrods; mixitupboy.com; cocoboyz.com,
papicock.com; flavamen.com; thugsforsex.com; topthugs.com; flavaworks.com; flavacams.com and any other websites at which these
Legal Notices appear. They do not apply to other online or offline Flava Works websites, products or services.

#### B. Copyright Notice
Copyright © Flava Works. All rights reserved. All materials found on any of the Sites are protected by United States and international
copyright laws and treaty provisions and may not be reproduced, copied, edited, published, transmitted, uploaded, distributed, publicly
performed or otherwise used in any manner, except with the prior express permission of Flava Works.

#### C. Trademarks
FLAVA WORKS, THUGBOY, FLAVA MEN, FLAVAMEN BLATINO AWARDS, RAWRODS , COCOSTORE, COCODORM, are
trademarks of Flava Works, Inc., all pending or registered in U.S. Patent and Trademark Office.

#### D. Requesting Reproduction Permissions
No material found or located on any Flava Works Site may be reproduced or used for commercial purposes without the prior written
permission of Flava Works Inc. You may write or fax Flava Works, Inc. to request permission at the following address:

Flava Works, Inc.
Attn: Rights & Permissions
PO BOX 2495
Chicago, IL 60690
Fax No.: 305.438.9470

### USER / SUBSCRIBER AGREEMENT

#### IMPORTANT! PLEASE READ CAREFULLY

This User Agreement constitutes a legal agreement between you and Flava Works and spells out the terms and conditions to which
users of any Flava Works Site are expected to adhere. Please read this User Agreement carefully before using any Flava Works Site,
because by signing up for a free membership or a paid subscription or by otherwise using a Site in any manner, you acknowledge that
you have read and understand and agree to be bound by the terms set forth here, as well as (a) the terms of our Privacy Policy and (b)
any supplemental terms appearing at an applicable Site, all of which are hereby incorporated by reference into this User Agreement
(collectively referred to as the "Agreement"). If you do not agree with or do not wish to be bound by all of the terms and conditions of this
Agreement, do not subscribe to or use any of the Sites or any portion of the Sites. We reserve the right to amend this Agreement at any
time and will post the amended Agreement here.

This Agreement applies to the Flava Works, Inc. and FlavaWorks.com (collectively, referred to herein as "Flava Works," "we" or "us")
family of websites (the "Sites"). These include thugboy.com; cocodorm.com; and any other websites at which these Legal Notices
~ppear. It does not apply to other online or offline Flava Works websites, products or services and does not grant you the right to access
any premium or paid portion of any website for which you have not paid a subscription fee.

1. FLAVA WORKS CONTENT AND USER SUBMISSIONS

1.1. The contents of the Flava Works Internet Service ("the Service"), including all Sites, are intended for the personal, noncommercial use of its users. All materials published on the Sites (including, but not limited to articles, blog entries, comments, text, photographs, images, illustrations, product descriptions, audio, video, software, trademarks, logos and other materials found on the Sites (collectively, 1e "Content")) are protected by copyright, trademark and all other applicable intellectual property laws, and are owned or controlled by Flava Works or the party credited as the provider of such Content, software or other materials. You shall abide by copyright or other notices, information and restrictions appearing in conjunction with any Content accessed through the Service.

1.2. The Service is protected by copyright as a collective work and/or compilation, pursuant to United States copyright laws, international conventions and other applicable intellectual property laws, rules and regulations. Except as may otherwise be set forth in this Section 1, you may not reproduce, modify, adapt, translate, exhibit, publish, transmit, participate in the transfer, rental or sale of, create derivative works from, distribute, perform, display, reverse engineer, decompile or dissemble, or in any way exploit, any of the Content, software, materials, Sites or the Service in whole or in part. You may not use any meta tags or any other "hidden text" utilizing Flava Works' name or trademarks without the express prior written consent of Flava Works.

1.3. Copying or storing of any Content for any purpose other than your personal, noncommercial use as part of the Service is expressly prohibited without the prior written permission from Flava Works' Rights and Permissions Department, or the copyright holder identified in the individual Content's proprietary rights notices. For purposes of clarification, but not limitation, including any Content (in whole or in part) on your personal website, when it is accessible to any other person, is not a personal use and is not permitted

1.4. You agree that any information, feedback, questions, comments and/or submissions to any of the Public Forums (as discussed below) or the like that you provide to us in connection with any Site or our Service (collectively, "Submissions") will be deemed to have been provided to us on a non-confidential and non-proprietary basis, and you grant Flava Works a nonexclusive, royalty-free, perpetual, irrevocable, and fully sub-licensable right to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, and display such content throughout the world in any media. You grant Flava Works and sub-licensees the right to use the name that you submit in connection with such content, if they choose. We will have no obligations or liability of any kind to you or any third party with respect to any Submission and shall be free to reproduce, use, disclose, distribute and/or otherwise exploit any Submission for any purpose whatsoever, without limitation. You also agree that we shall be free to use any ideas, concepts or techniques embodied in any Submission for any purpose whatsoever, including, but not limited to, developing, manufacturing, and marketing products or services incorporating such ideas, concepts, or techniques without your approval or compensation to you. You waive any rights you may have in modifications or alterations to your Submissions or in the event that your Submission is changed in a manner not agreeable to you In addition, you hereby waive all moral rights you may have in any materials uploaded to the Service or sent to us by you.

..5. All messages transmitted to Flava Works or any of the Sites will be readily accessible to the general public. You should not use any Site to transmit any communication, which you intend only the intended recipient(s) to read. Notice is hereby given that any and all messages uploaded to any of the Sites can and may be read by the operators of this Service, regardless of whether or not the operators are the intended recipients of such messages.

1.6. To enable Flava Works to use the information you supply to us through your Submissions, and so that we are not violating any rights you might have in that information, you agree to grant us a non-exclusive, worldwide, perpetual, irrevocable, royalty-free, sub-licensable (through multiple tiers) right to exercise any copyright, publicity and database rights you have in that information, in any media now known or developed in the future, with respect to your information. However, Flava Works will only use your personal information in accordance with our Privacy Policy.

1.7. If you believe that the content of any Submission provided by you, or any Content appearing on a Site, has been used on a Flava Works Site in a manner that constitutes copyright infringement, please provide our Copyright Agent with a written notice (email is sufficient) that includes the following information: (i) an electronic or physical signature of a person authorized to act on behalf of the owner of the exclusive right that is allegedly infringed; (ii) identification of the copyrighted work claimed to have been infringed; (iii) a description of where the material that you claim is infringing is located on the Site; (iv) your mailing address, telephone number, and e-mail address; (v) a statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and (vi) a statement by you, under penalty of perjury, that the information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

Flava Works designated Copyright Agent to receive notifications of claimed infringement is as follows:

Flava Works, Inc.
Attn: Intellectual Property Counsel
PO BOX 2495
Chicago, IL 60690
E-mail: dmca@flavaworks.com
Phone No.: 305.438.9450
Fax No.: 305.438.9470

If you fail to comply with all of the requirements of a DMCA notice, Flava Works may not act upon your notice.

Please be advised that any DMCA Notices sent to Flava Works may be sent to third parties (including the accused) and posted on the internet.

## 2. Forums and Discussions

2.1. The Sites may make available comments sections, chat rooms, forums, message boards, and/or news groups to its users ("Public Forum(s)"). You shall not upload to, or distribute or otherwise publish through, a Public Forum any content which is illegal, libelous, defamatory, obscene, pornographic, profane, sexually explicit, abusive, invasive of privacy, infringing of intellectual property rights, or otherwise injurious to third parties or objectionable and does not consist of or contain software viruses, political campaigning, commercial solicitation, chain letters, mass mailings, or any form of "spam." Please use your best judgment and be respectful of other individuals using the Public Forums. You agree not to use vulgar, abusive or hateful language.

2.2. You represent and warrant that you own or otherwise control all rights to any content that you post to any Public Forum; that the content is accurate; that use of the content you supply does not violate this Agreement and will not cause injury to any person or entity; and that you will indemnify Flava Works for all claims resulting from content you supply.

2.3. The Public Forums within the Sites are provided to give our users an interesting and stimulating forum in which they may express opinions and share ideas. Flava Works does not endorse the opinions reflected on these Public Forums. You acknowledge that any Submissions may be reproduced, published, transmitted, edited, removed, modified, used and/or displayed by Flava Works in any manner pursuant to Section 1.4, above.

2.4. You may only use the Public Forums in a noncommercial manner. You shall not, without the express prior approval of Flava Works, use the Public Forums to distribute or otherwise publish any material containing any solicitation of funds, advertising or solicitation for goods or services, or to promote websites or online services that are competitive with Flava Works and the Service or otherwise.

2.5. While we do not and cannot review every message posted by users in the Public Forums and are not responsible for the content of any of these messages, Flava Works reserves the right to delete, move or edit messages that we, in our sole discretion, deem are in violation of the law (including trademark and copyright law), or this Agreement, or are abusive, defamatory, obscene or otherwise unacceptable. Flava Works takes no responsibility and assumes no liability for any content posted by you or any third party. You shall remain solely responsible for the content of your messages.

## 3. Access and Availability of Links

3.1. The Sites may contain links to other websites, resources and sponsors of Flava Works. Selection of any banner advertisement or link may redirect you off of a Flava Works Site to a third party website. Interactions and/or transactions that occur between you and any such third party are strictly between you and that third party and are not the responsibility of Flava Works. We are not responsible for examining or evaluating, and do not warrant the offerings of, any of these businesses or individuals or the content of their websites. Flava Works does not assume any liability or responsibility for the actions, product, availability or content of these outside resources. You should direct any concerns regarding any external link to the site administrator or Webmaster of the third party website.

## 4. Registration & Security

4.1. In order to access certain areas of the Sites and to post comments to the Public Forums, you will be required to register and, in the case of members' areas on the Sites, pay for such access. You must agree to abide by all of the terms contained in the Agreement in order to become or remain an authorized subscriber of any of the Sites.

4.2. In order to register and subscribe for a paid membership to one of the Sites, you must indicate agreement with the terms and conditions of this Agreement by checking the "I have read and agree to the membership Terms and Conditions" checkbox on the registration page. You will not be allowed to subscribe to the Sites before clicking that checkbox. Feel free to read and reread this Agreement as often as you want before subscribing to the Sites. If you do not wish to agree to these terms and conditions, do not click the "Trial Membership" button (in the case of free or trial memberships), or the "Click Here to Join" button (in the case of paid subscriptions). You understand, however, that you will not be subscribed for a paid membership to the Sites unless you agree to the terms of this Agreement by clicking on the button as set forth above. Flava Works reserves the right, at its discretion, to change, modify, add or remove portions of this Agreement at any time. Occasionally Flava Works may ask you to accept the terms of such changes to continue using the Sites.

4.3. As part of the registration/subscription process, you will select a password and user name (collectively, a "Site ID"). You agree to provide Flava Works with accurate, complete and updated registration information. Failure to do so will constitute a breach of this Agreement, which may result in immediate termination of your account. You may not (a) select or use a screen name of another person with the intent to impersonate that person; (b) use a name subject to the rights of any person other than yourself without authorization; or (c) use a screen name that Flava Works, in its sole discretion, deems offensive.

4.4. You are solely responsible for maintaining the confidentiality of your Site ID and shall notify Flava Works of any known or suspected unauthorized use(s) of your account, Site ID or any known or suspected breach of security, including loss, theft or unauthorized

disclosure of your password or credit card information.

4.5. You are responsible for all usage or activity on your account to any of the Sites. Any fraudulent, abusive or otherwise illegal activity may be grounds for termination of your account at Flava Works' sole discretion, and you may be referred to appropriate law enforcement agencies.

4.6. You must be 18 years or older to subscribe to any of the Sites.

4.7. IF THIS AGREEMENT OR ANY FUTURE CHANGES ARE UNACCEPTABLE TO YOU OR CAUSE YOU TO NO LONGER BE IN COMPLIANCE, YOU MAY CANCEL YOUR PAID SUBSCRIPTION BY REQUESTING AN ORDER CANCELLATION FROM A LINK IN THE SUPPORT SECTION (SEE SECTION 10 REGARDING TERMINATION). YOU MAY CANCEL YOUR TRIAL MEMBERSHIP FROM A LINK IN THE SUPPORT SECTION. YOUR CONTINUED USE OF ANY SITE NOW, OR FOLLOWING THE POSTING OF NOTICE OF ANY CHANGES IN THIS AGREEMENT, WILL CONSTITUTE YOUR BINDING ACCEPTANCE OF SUCH RULES, CHANGES OR MODIFICATIONS.

## 5. Fees & Payments

5.1. Flava Works reserves the right at any time to charge fees or change the price for access to any of the Sites. In the event that Flava Works so elects, it shall post notice in the Members' Services section of the applicable Site. You agree to pay all fees and charges incurred through your account at the rates in effect for the billing period in which such fees and charges are incurred, including, but not limited to charges for any products or services offered for sale through the Sites by Flava Works or by any other vendor or service provider. All fees and charges shall be billed to and paid for by you. You will not receive access to any service until subscription fees have been received by Flava Works. Subscription fees are not refundable in whole or in part, even in the event your account is terminated by you or by Flava Works. In the event of termination, your paid subscription will remain active through the end of the subscription term. You are responsible for the payment of any and all applicable taxes relating to use of the Sites through your account. Your right to use the Sites is subject to any limits established by Flava Works in its sole discretion.

5.2. You understand that your paid subscription will renew automatically at the end of your subscription period until you request a cancellation (See Section 10. Termination), and you hereby authorize Flava Works (or its service provider) to charge your chosen payment method to pay for the ongoing fees relating to your subscription.

5.3. In the event that Flava Works issues a refund, the refund will be credited solely to the payment method used in the original transaction. Flava Works will not issue refunds by cash, check or to another credit card or payment mechanism.

5.4. To complete your purchase you may be transferred to the secured server of CCBill or Netbilling and/or their providers ("Service Provider"), independent companies providing subscription payment processing and other billing services for website operators, such as the owner and operator of this Site. Neither Service Provider nor any person or company related to Service Provider holds any ownership interest in this Site, nor receives any financial benefit from this Site, other than a fee paid by the owner of this Site to Service Provider for the services performed by Service Provider. Service Provider HAS NO CONTROL OVER THE SITE, or any of the design, layout, content, subject matter, products, services or persons that appear in or on or that are linked to the Site, or the geographical areas into which it may disseminate, broadcast or permit the downloading of or access to the content or services offered by the Site. Accordingly, Service Provider makes absolutely no representations and/or warranties, and provides no assurances, regarding the Site, the Site owner, or the quality, availability, legality or description of the products and/or services offered thereon. SERVICE PROVIDER EXPRESSLY DISCLAIMS ANY WARRANTIES OF CLIENT'S ABILITY OR FITNESS FOR A PARTICULAR PURPOSE WITH RESPECT TO THIS SITE AND/OR THE PRODUCTS AND SERVICES OFFERED HEREON. Any disputes arising in connection with this Site, or the products and/or services being offered or purchased, are between you and the owner of this Site. In certain circumstances, Service Provider may provide subscription and billing customer service for the Site, in which case Service Provider may be handling such disputes. In all other cases, disputes related to the Products and Services should be directed to the contact information contained on the Site; however, you should feel free to contact Service Provider in the event that you feel that the Site operator acted fraudulently, or you were misled in any way. Service Provider urges you to carefully read the Terms and Conditions on the Site, and to ask the Site operator any questions you may have regarding the service/product before completing the subscription or other transaction, by using the contact information on this Site. By submitting your request for authorization of your transaction, you acknowledge having read, understood and agreed to the terms and conditions herein stated, AND agree to indemnify, defend, and hold Service Provider harmless from any and all liabilities, damages (including attorneys fees and associated costs) and other costs and expenses arising in connection with your visit to or use of this Site, and/or your purchase or offer to purchase any of the products and services offered hereon.

## 6. Representation and Warranties

6.1. You represent, warrant and covenant (a) that no materials of any kind submitted by you or through your account, or Flava Works' use thereof in accordance with the terms and conditions of this Agreement, will (i) violate, plagiarize or infringe upon the rights of any 'hird party, including, without limitation, copyright, trademark, privacy or publicity, moral rights, contract or other personal or proprietary rights; (ii) contain unlawful material, or otherwise violate any applicable laws, rules or regulations; (iii) constitute false or misleading indications of origin or statements of fact; (iv) slander, libel or defame any person or entity; or (v) cause injury of any kind to any person

or entity; and (b) that you are at least 18 years old or the applicable age of majority in your jurisdiction and possess the legal authority to enter into this Agreement.

6.2. Flava Works makes no representation that the Content on the Sites is appropriate for access outside of the United States. Those who choose to access any of the Sites from outside of the United States do so on their own initiative and are responsible for compliance with local laws.

6.3. Flava Works neither represents nor endorses the accuracy or reliability of any advice, opinion, statement or other information displayed, uploaded, or distributed through the Sites or the Service by any user, information provider or any other person or entity. THE SITES, THE SERVICE AND ANY MATERIALS PROVIDED BY FLAVA WORKS OR THIRD PARTIES THROUGH THE SAME ARE PROVIDED "AS IS." FLAVA WORKS MAKES NO, AND HEREBY DISCLAIMS ALL, WARRANTIES (EXPRESS, IMPLIED OR STATUTORY, INCLUDING ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR USE OR PURPOSE, TITLE, NON-INFRINGEMENT OR ANY OTHER WARRANTY), CONDITIONS, GUARANTIES, OR REPRESENTATIONS, WHETHER ORAL, IN WRITING OR IN ELECTRONIC FORM, INCLUDING BUT NOT LIMITED TO THE ACCURACY, TIMELINESS OR USEFULNESS OF ANY MATERIALS PROVIDED THROUGH ANY OF THE SITES OR THE SERVICE. FLAVA WORKS DOES NOT GUARANTEE THAT YOUR ACCESS TO OR USE OF ANY OF THE SITES OR THE CONTENT AVAILABLE THEREON WILL BE CONTINUOUS, UNINTERRUPTED, ERROR-FREE OR SECURE AND MAKES NO WARRANTY AS TO THE RESULTS TO BE OBTAINED FROM USE OF THE SERVICE. FLAVA WORKS MAY CHANGE ANY INFORMATION OR CONTENT FOUND ON ANY OF THE SITES AT ANY TIME WITHOUT NOTICE, BUT MAKES NO COMMITMENT TO UPDATE ANY INFORMATION OR CONTENT FOUND ON ANY OF THE SITES.

6.4. You hereby acknowledge that the use of the Service, any Site and the Content available thereon is at your sole risk

### 7. Indemnification

7.1. You hereby agree to indemnify, defend and hold Flava Works and its officers, directors, owners, agents, information providers, affiliates, licensors and licensees (collectively, the "Indemnified Parties") harmless from and against any and all causes of action, claims, liabilities and costs incurred by the Indemnified Parties in connection with any claim arising from of any breach by you of this Agreement or the foregoing representations, warranties and covenants, including, without limitation, reasonable attorneys' fees You shall cooperate as fully as reasonably required in the defense of any claim. Flava Works reserves the right, at its own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you. You shall not enter into any settlement agreement that affects the rights of Flava Works without Flava Works' prior written approval.

### 8. Limitation of Liability

8.1. NEITHER FLAVA WORKS NOR ANY OTHER PARTY INVOLVED IN CREATING, PRODUCING OR DELIVERING THE SITES OR

THE SERVICE SHALL BE RESPONSIBLE TO YOU OR ANY THIRD PARTY FOR: (a) ANY DIRECT OR INDIRECT, CONSEQUENTIAL, SPECIAL, PUNITIVE OR EXEMPLARY DAMAGE OR LOSS INCURRED IN CONNECTION WITH USE OF, OR INABILITY TO USE, THE SERVICE, ANY OF THE SITES, OR THE CONTENT THEREON; (b) ANY OF THE MATERIALS PROVIDED BY FLAVA WORKS OR THIRD PARTIES THROUGH ANY OF THE SITES OR THE SERVICE; OR (c) ANY DAMAGE OR LOSS INTERRUPTIONS, DELETIONS OF FILES, ERRORS, DEFECTS, DELAYS IN PERFORMANCE OF THE SERVICE, REGARDLESS OF THE CLAIM AS TO THE NATURE OF THE CAUSE OF ACTION, EVEN IF FLAVA WORKS HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGE OR LOSS. Some jurisdictions may not allow the exclusion or limitation of incidental or consequential damages, so the above exclusions shall only apply to the extent permissible under applicable law.

8.2. TO THE FULLEST EXTENT PERMISSIBLE UNDER APPLICABLE LAW, FLAVA WORKS' AGGREGATE LIABILITY, AND THE AGGREGATE LIABILITY OF OUR LICENSORS, TO YOU OR ANY THIRD PARTY IN ANY CIRCUMSTANCE IS LIMITED TO ONE HUNDRED U.S. DOLLARS (U.S. $100.00).

### 9. System Integrity

9.1. You may not use any device, software or routine to interfere or attempt to interfere with the proper working of any Site or any transaction conducted on a Site. You may not take any action, which imposes an unreasonable or disproportionately large load on our infrastructure. You may not disclose or share your password with any third party or use your password for any unauthorized purpose

### 10. Termination

10.1. You may cancel your subscription in the Support section of this site. No fees will be refunded upon cancellation. You will retain access through the duration of your subscription term. You are responsible for all charges incurred up to the time the account is deactivated.

`2. Flava Works may, in its sole discretion, terminate or suspend your access or refuse service at any time, without notice, to all or part of any of the Sites or Service for any or no reason, including, without limitation, any breach of this Agreement by you or associated with your account, any assignment of your account to a third party, or the repeated infringement of copyrights owned by Flava Works or third

COCOBOYZ.com – New Models Added Weekly – All Blatino, All Hot, All Original!!

7/22/15 8:56 AM

Case 1:11-cv-22357-JMC Document 66-2 Entered on FLSD Docket 07/23/2015 Page 361 of 397
parties.

10.3. Flava Works, including, without limitation, its authorized agents and employees may terminate your use of any or all of the Sites and/or your account without notice in the event that you breach any obligation in this Agreement, including but not limited to, (a) restricting, inhibiting or disrupting the operation of any Site; or (b) attempting to alter or improperly access any feature or function of any the Sites. Your access may also be subject to termination if you post or transmit any illegal content; harass or threaten any user of any Site or any Flava Works employee; post content (including, but not limited to, the creation of a username) that is offensive or otherwise disruptive of Site activities; post unsolicited advertising; or improperly impersonate a Flava Works employee or other individual.

## 11. Miscellaneous

11.1. This Agreement has been made in and shall be construed and enforced in accordance with Illinois aw without regard to any conflict of law provisions. You agree that any action to enforce this Agreement shall be brought in the federal or state courts located in Chicago, Illinois and you hereby consent to the personal jurisdiction and venue of the courts located in Cook County, Illinois

11.2. Official correspondence must be sent via postal mail to:
Flava Works, Inc.
Attn: General Counsel
PO BOX 2495
Chicago, IL 60690

11.3. This Agreement, the Privacy Statement and any other terms referenced in this Agreement constitute the entire agreement between you and Flava Works with respect to your access to and use of the Sites and Service and supersede all prior or contemporaneous agreements (whether oral, written or electronic) between you and Flava Works with respect to the Sites and/or Service. If any of the provisions of this Agreement are determined to be invalid or unenforceable, then each invalid or unenforceable provision will be construed in a manner consistent with applicable laws to reflect, as nearly as possible, the original intentions of the parties and the remaining provisions shall remain in full force and effect.

11.4. Flava works may assign this Agreement: (a) to any of its affiliates, (b) to the surviving entity in the event of a merger, acquisition, or the sale of all or substantially all of the assets of Flava Works or (c) in connection with the sale of any of the Sites or the business unit

associated with such Site(s).

## F. Acceptance

You hereby acknowledge that you have read and understand the foregoing Agreement and agree to be bound by its terms and conditions.

- [Search](#)
- [Renew](#)
- [Transfer](#)
- [Features](#)
- [Private Registration](#)
- [Protect](#)
- [Forward](#)

## WHOIS Results for flavaworks.com

Available domain names similar to flavaworks.com

Available Extensions

- **flavaworks**.net
  **flavaworks**.org
- **flavaworks**.us
- **flavaworks**.us.com

Available Domains

- flavaworkz.com
- **flavaworks**4you.com
- **flavaworks**home.com
- **flavaworks**store.com

Premium Resale Domains

| | |
|---|---|
| abilityworksaustralia.com | **$19,095** |
| kidsworkgloves.com | **$625** |
| academyworks.com | **$1,800** |
| ihostworks.com | **$788** |
| **flavaworks**.info | |
| **flavaworks**.mobi | |
| **flavaworks**.biz | |
| **flavaworks**.co.uk | |
| **flavaworks**.pro | |
| **flavaworks**.de | |
| **flavaworks**blog.com | |
| **flavaworks**online.com | |
| **flavaworks**direct.com | |
| **flavaworks**planet.com | |
| **flavaworks**land.com | |
| **flavaworks**world.com | |
| accurateworks.com | **$688** |
| ceramicworks.com | **$1,995** |

EXHIBIT

36 /38

flavaworks.com WHOIS domain registration information from Network Solutions

7/21/15 9 31 PM

acedemicsworks.com          **$799**

View more



flavaworks.com

Is this your domain name? Renew it now.


Domain Name: flavaworks.com
Registry Domain ID: 132860176_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.rrpproxy.net
Registrar URL: https://domains.google.com/
Updated Date: 2015-01-05T18:49:23.0Z
Creation Date: 2004-10-14T19:58:33.0Z
Registrar Registration Expiration Date: 2016-10-14T19:58:33.0Z
Registrar: Google Inc.
Registrar IANA ID: 895
Registrar Abuse Contact Email: registrar-abuse[at]google.com
Registrar Abuse Contact Phone: +1.877-237-6466
Domain Status: clientTransferProhibited http://www.icann.org/epp#client
Registry Registrant ID:
Registrant Name: Phillip Bleicher
Registrant Organization: Flava Works, Inc.
 egistrant Street: 833 SW 14th Ave
.egistrant City: Miami
Registrant State/Province: FL
Registrant Postal Code: 33135
Registrant Country: US
Registrant Phone: +1.3054389450
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: domains@flavaworks.com
Registry Admin ID:
Admin Name: Phillip Bleicher
Admin Organization: Flava Works, Inc.
Admin Street: 833 SW 14th Ave
Admin City: Miami
Admin State/Province: FL
Admin Postal Code: 33135
Admin Country: US
Admin Phone: +1.3054389450
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: domains@flavaworks.com
Registry Tech ID:
Tech Name: Phillip Bleicher
Tech Organization: Flava Works, Inc.
 ech Street: 833 SW 14th Ave
Tech City: Miami

```
Tech Postal Code: 33135
Tech State/Province: FL
Tech Country: US
Tech Phone: +1.3054389450
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: domains@flavaworks.com
Name Server: ns1.cocostore.com
Name Server: ns1.thugsforsex.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.inte
>>> Last update of WHOIS database: 2015-07-22T01:31:04.0Z <<<

Registry Billing ID:
Billing Name: Phillip Bleicher
Billing Organization: Flava Works, Inc.
Billing Street: 833 SW 14th Ave
Billing City: Miami
Billing State/Province: FL
Billing Postal Code: 33135
Billing Country: US
Billing Phone: +1.3054389450
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email: domains@flavaworks.com
; Please register your domains at; https://domains.google.com/
; For more information on Whois status codes,
; please visit http://www.icann.org/epp

; This data is provided by Google
; for information purposes, and to assist persons obtaining informatio
; about or related to domain name registration records.
; Google does not guarantee its accuracy.
; By submitting a WHOIS query, you agree that you will use this data
; only for lawful purposes and that, under no circumstances, you will
; use this data to
; 1) allow, enable, or otherwise support the transmission of mass
;    unsolicited, commercial advertising or solicitations via E-mail
;    (spam); or
; 2) enable high volume, automated, electronic processes that apply
;    to this WHOIS server.
; These terms may be changed without prior notice.
; By submitting this query, you agree to abide by this policy.
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

Make an instant, anonymous offer to the current domain registrant. Learn More

# EXHIBIT "H"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-23208-CIV-LENARD/GOODMAN

FLAVA WORKS, INC.

           Plaintiff,

vs.

A4A RESEAU, INC.
A4A NETWORK, INC.
MARC PARENT

           Defendants.

_____/

## JOHN F. BRADLEY, ESQ.'S AFFIDAVIT IN SUPPORT OF MOTION FOR PROCEEDINGS SUPPLEMENTARY

I, John F. Bradley, Esq., being sworn, certify that the following statements are true:

1. My name is John F. Bradley and I am the counsel of record in the above-styled matter.

2. I represent Defendants/Judgment Creditors, A4A RESEAU, INC., a foreign corporation, A4A NETWORK, INC., a foreign corporation, and MARC PARENT, a foreign individual (collectively, the "Judgment Creditors").

3. On April 7th, 2015, Judgment Creditors obtained an Order Granting Defendants' Motion to Determine Reasonable Attorneys' Fees Awarded to Defendants against the Judgment Debtor in the amount of $28,060.57 awarded [DE-46].

4. As a result, Judgment Creditors currently hold an unsatisfied judgment against Plaintiff/Judgment Debtor FLAVA WORKS, INC. (the "Judgment Debtor") in the amount of $28,060.57.

5. In addition thereto, the accrued interest currently amounts to $327.75.

1

6.   A Writ of Execution has been issued [DE-50], and remains unsatisfied in its entirety.

7.   The execution is valid and outstanding.

8.   Upon this Affidavit and the Motion for Proceedings Supplementary, Judgment Creditors are entitled to these proceedings supplementary as a matter of law, including the recovery of costs and attorneys' fees pursuant to § 56.29(11), Fla. Stat.

I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this Affidavit and that the punishment for knowingly making a false statement includes fines and/or imprisonment.

Dated: this 24 day of July, 2015.

By: _____
John F. Bradley, Esq.
Fla. Bar No. 0779910
*Counsel for Judgment Debtors*
15 Northeast 13th Avenue
Fort Lauderdale, Fl 33301
Tel: (954) 523-6160

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to or affirmed and signed before me on 24 day of July, 2015, by John F. Bradley, Esq.

_____
NOTARY PUBLIC
Print Name: _____ Betty Rinaldi

___ Personally known

___ Produced identification (type of identification produced _____).

2