UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-20245-Civ-COOKE/TORRES

A4A RESEAU, INC. and MARC PARENT,

      Plaintiffs/Counter-Defendants,

vs.

FLAVA WORKS, INC. and PHILLIP
BLEICHER,

      Defendants/Counter-Plaintiffs.
_____/

## ORDER STAYING CASE

THIS CASE is before me on a *sua sponte* review of the record.  On July 23, 2015, I entered an Endorsed Order to Show Cause why Defendants/Counter-Plaintiffs' infringement action should not be stayed for non-payment of attorney's fees ordered by Judge Lenard in case number14-Civ-23208 (ECF No. 57).  I warned Defendants/Counter-Plaintiffs that failure to timely comply with Judge Lenard's Order would result in a stay of their infringement action pursuant to Fed. R. Civ. P. 41(d).  *See* Endorsed Order to Show Cause, ECF No. 57.

On August 24, 2015, Defendants/Counter-Plaintiffs filed their response to my Order to Show Cause, indicating that they were contesting Judge Lenard's award of attorney's fees via a Fed. R. Civ. P. 60(b) motion.  *See* Defs.'/Cross-Pls.' Cause to Continue Proceedings, ECF No. 67.  Therefore, Defendants/Counter-Plaintiffs requested that their counterclaims be allowed to continue pending a ruling by Judge Lenard.  In response, Plaintiffs/Counter-Defendants indicated that they had filed a response to Defendant/Counter-Plaintiffs' Rule 60(b) motion in Judge Lenard's case as well as a Motion for Proceedings Supplementary, seeking an order from Judge Lenard that would allow them to "seize certain property, namely, copyright registrations and/or unregistered copyrights and the inventory and goodwill associated therewith … and/or certain top level internet domain registrations."  *See* Mot. Proceedings Supplementary, ECF No. 74-2.  The copyright registrations and internet domain name registrations sought by Plaintiffs/Counter-Defendants include: U.S Copyright Registration No. PA0001668012 for a motion picture titled "FlavaMen Senior Year"; U.S. Copyright Registration No. VA0001861558 for visual material titled "Cocodorm.com 2010"; U.S.

Copyright Registration No. VA0001861561 for visual material titled "FlavaMen.com 2010"; www.flavamen.com; www.flavaworks.com; www.cocoboyz.com; www.rawrods.com; and www.cocodorm.com. *See id.*

Plaintiff/Counter-Defendants' Complaint and Defendant/Counter-Plaintiffs' Counterclaims both premise their respective entitlements to relief on the abovementioned copyright registrations and internet domains that are now the subject of a pending motion before Judge Lenard. Therefore, a decision in Judge Lenard's case could substantively affect the issues presented here, potentially rendering the issues in this case moot.

Thus, it is **ORDERED and ADJUDGED** as follows:

1. The case before me, 15-Civ-20245, is **STAYED** pending a resolution of the case before Judge Lenard, 14-Civ-23208.[1]

2. Parties shall file a joint status report regarding the progress of the case before Judge Lenard every ninety (90) days.

3. In the interim, the Clerk of Court shall ***ADMINISTRATIVELY* CLOSE** this case. Should the need arise, either party may move to re-open this case once the issues presented in the case before Judge Lenard have been resolved.

**DONE and ORDERED** in chambers at Miami, Florida, this 31st day of August 2015.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*

---

[1] It is well established that a district court has the authority to stay proceedings on its own motion or on motion of the parties. *See Landis v. North Am. Water Works and Elec. Co.*, 299 U.S. 248, 254 (1936) (noting that federal courts have inherent authority to stay proceedings to conserve judicial resources and ensure that each matter is handled efficiently).